UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
12/14/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

DUSTIN J. HIGGS
        Petitioner,

        V.

TJ WATSON, WARDEN, FCC, TERRE HAUTE

Capital Proceeding

Pro Se Petitioner

2:20-cv-0665-JPH-DLP

PETITIONER"S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner. Dustin Higgs, through counsel, respectfully moves for leave to proceed in dorma pauperis and submits as follows;

1.    This case is before the Court on a petition for 28 U.SfCce2241rari.

2.    Petitioner, a death sentenced federal prisoner, is indigent.

3.    On January 25,2005, the United States District Court for the deablar Distrcit of Maryland found Petitioner to be indigent and subsequently appointed Stephen Sachs, Esq, and counsel from undersigned counsel's office to represent Petitioner in this capital 2255 proceeding.

4.    Afetr the District Court denied 2255 relief, Petitioner filed a timely notice of appeal. On October 22,2010, the United States Court of Appeals issued an order declaring Petitioner indigent ,and appointing Stephen Sachs, Esq., and the office of the Federal Community Defender for the Eastern District of Pennsylvania, with whom undersigned counsel is employed, to represent him him on appeal.

5.    Petitioner remains incarcerated today and there has been no change in his financial status. He is without funds to secure the services necessary to proceed in this Court(e.g., printing fees, etc) or to pay any fees.

6.    Petitioner will hsortly submit in a separate filing an Affidavit /Declaration in Support of a Motion for Leave to File in Forma Pauperis

from Petitioner.

7.      Mr Higgs is filing pro se and affirms that all statements related above are true and correct.

WHEREFORE, Pro se Petitioner requests that the Court to allow Higgs to proceed in Forma pauperis.

                                        Respectfully submitted,

                                        Dustin J. Higgs
                                        31133-037
                                        Special Confinement Unit
                                        PO BOX 33
                                        Terre Haute, IN 47808

Pro Se Capital Petitioner

    I declare that under the penalty pf perjury that all statements above are true and correct.

Executed on _December_ _9_ 20 _20_

                                        Authorized by the Act
                                        July 7, 1955 to Administer
                                        Oaths (18 U.S.C. 4004)     12/9/2020

                                        Case Manager

_Dustin J. Higgs_
Dustin J. Higgs
Special Confinement Unit
PO BOX 33
Terre Haute, IN 47808
                                        Witness