UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DUSTIN J. HIGGS,                    )
                                   )
              Petitioner,          )
                                   )
        v.                         )        No. 2:20-cv-00665-JPH-DLP
                                   )
T. J. WATSON,                      )
                                   )
              Respondent.          )

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Dustin J. Higgs is a federal inmate at the United States Penitentiary in Terre Haute, Indiana, scheduled to be executed on January 15, 2021.

On August 16, 2016, Mr. Higgs filed a petition under 28 U.S.C. § 2241 seeking a writ of habeas corpus and a stay of execution. *Higgs v. Daniels*, 2:16-cv-00321 (S.D. Ind.). The Court denied relief, and Mr. Higgs's appeal is currently pending. *Higgs v. Watson*, 20-2129 (7th Cir.).

On December 15, 2020, Mr. Higgs filed this case, another petition under 28 U.S.C. § 2241 seeking a writ of habeas corpus and a stay of execution. Mr. Higgs is *pro se* in this case.

The respondent shall have **through January 4, 2021**, to file a response to the petition for writ of habeas corpus, and **shall serve** a copy of the response to all counsel listed on the distribution list on this order.

The **clerk is directed** to provide a copy of this order, as well as the petition for writ of habeas corpus, dkt. [1], to Mr. Higgs's counsel in *Higgs v. Daniels*, 2:16-cv-00321 (S.D. Ind.), who is included on the distribution list on this order.

If counsels seeks to be appointed in this action, he shall immediately notify the Court.

Mr. Higgs's motion for leave to proceed *in forma pauperis*, dkt. [2], is **GRANTED**. Mr. Higgs's motion for leave to file *pro se* motion, dkt. [3], is **GRANTED** to the extent that the Court has docketed his petition for writ of habeas corpus.

**SO ORDERED.**

Date: 12/16/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

DUSTIN J. HIGGS
31133-037
Special Confinement Unit
P.O. Box 33
Terre Haute, IN 47808

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
brian.reitz@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2462
bob.wood@usdoj.gov

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
Capital Habeas Unit
Curtis Center, Suite 545 West
601 Walnut St.
Philadelphia, PA 19106
215-928-0520
matthew_lawry@fd.org