2:20-cv-665-JPH DLP

FILED

12/17/2020

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DUSTIN J. HIGGS
      Petitioner,

  V.

TJ WATSON, WARDEN, FCC, TERRE HAUTE

Capital Proceeding

Pro Se Petitioner

_____

PETITIONER"S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
_____

Petitioner. Dustin Higgs, through pro se, respectfully moves for leave to proceed in dorma pauperis and submits as follows;

1. This caseeis before the Court on a petition for 28 U.SfCce2241rari.

2. Petitioner, a death sentenced federal prisoner, is indigent.

3. On January 25,2005, the United States District Court for the district Distrcit of Maryland found Petitioner to be indigent and subsequently appointed Stephen Sachs, Esq, and counsel from undersigned counsel's office to represent Petitioner in this capital 2255 proceeding.

4. Afetr the District Court denied 2255 relief, Petitioner filed a timely notice of appeal. On October 22,2010, the United States Court of Appeals issued an order declaring Petitioner indigent ,and appointing Stephen Sachs, Esq., and the office of the Federal Community Defender for the Eastern District of Pennsylvania, with whom undersigned counsel is employed, to represent him him on appeal.

5. Petitioner remains incarcerated today and there has been no change in his financial status. He is without funds to secure the services necessary to proceed in hhis Court(e.g., printing fees, etc) or to pay any fees.

6. Petitioner will hsortly submit in a separate filing an Affidavit /Declaration in Support of a Motion for Leave to File in Forma Pauperis

from Petitioner.

7.      Mr Higgs is filing pro se and affirms that all statements related above are true and correct.

WHEREFORE, Prose Petitioner requests that the Court to allow Higgs to proceed in Forma pauperis.

Respectfully submitted,

*Dustin J. Higgs*

Dustin J. Higgs
31133-007
Special Confinement Unit
PO BOX 33
Terre Haute, IN 47808

Pro Se Capital Petitioner