2:20-CV-665-JPH DLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

**12/17/2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

DUSTIN J. HIGGS,
      Petitioner

    V.

TJ WATSON WARDEN FCC, TERRE HAUTE,
      Respondent,

Capital proceedings
Pro Se Petitioner

---

## MOTION TO FILE FOR LEAVE TO FILE PRO SE MOTION

---

Petitioner, Dustin Higgs, through pro se, respectfully moves for leave to proceed Pro Se and sub mit the following motion before this Court.

1.    This case is before this Court on a petition for 28 U.S.C. 2241.

2. Petitioner Higgs filing this motion pro se because he trying to heed the warning of the Federal Court and Judges in not waiting until the last moment to file in a capital case.

3.    Petitioner Higgs has attempted to wait on lawyers to file 28 U.S.C. 2241 motion in the appropriate time frame, without a date execution of accuring.

4.    Petitioner is requesting for this Court allow any such counsel to amend, or assign counsel.

5. Petitioner Higgs is urging this Court to allow petitioner to move forward with this pro se petition and heed the warning of the Court to file timely warning.

Petitioner, Higgs is filing this motion to move forward pro se and affirms that all statements related baove are true and correct.

WHEREFORE,Pro se petitioner reuqests that thiSourt allow Higgs to proceed Pro Se.

Respectfully Submitted,

Dustin J. Higgs 31133-037
Special Confinement Unit
PO BOX 33
TERRE HAUTE, IN 47808