

Dustin Higgs # 31133-037
Special Confinement Unit
Po. Box 33
Terre Haute, IN 47808

7017 2620 0000 1360 7983

CERTIFIED MAIL

INMATE IDENTIFICATION CONFIRMED

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

Legal mail

USPS TRACKING #

9114 9022 0078 9080 3707 38

Label 400  Jan. 2013
7690-16-000-7948

FILED
DEC 1 7 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

CAPITAL Case — Legal mail

Hon. Jane Magnus-Steinson, Judge
United States District Court
Southern District of Indiana
The office of The
Clerk of THE U.S. DISTRICT COURT
921 OHIO STREET
Room 104
TERRE HAUTE, IN 47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
XRAY/MAGNETOMETER