**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**


**DUSTIN J. HIGGS,**                                    *
           **Petitioner**                     *
   **v.**                                            *     **NO. 2:20-CV-665-JPH-DLP**
                                *
**T. J. WATSON,**                                      *
                                *
          **Respondent.**                    *
                              **\*\*\*\*\*\*\***

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Please enter my appearance in this case as counsel for the United States of America.

                          Respectfully submitted,

                          John E. Childress
                          United States Attorney


Date: December 17, 2020           /s/ Ellen Nazmy
                          Ellen Nazmy
                          Special Assistant United States Attorney
                          (email: Ellen.Nazmy@usdoj.gov)