## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **DUSTIN J. HIGGS,** | * | |
| **Petitioner** | * | |
| **v.** | * | **NO. 2:20-CV-665-JPH-DLP** |
| | * | |
| **T. J. WATSON,** | * | |
| | * | |
| **Respondent.** | * | |
| | ******* | |

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Please enter my appearance in this case as counsel for the United States of America.

           Respectfully submitted,

           John E. Childress
           United States Attorney

Date: December 17, 2020        /s/ Sandra Wilkinson
           Sandra Wilkinson
           Special Assistant United States Attorney
           (Email: Sandra.Wilkinson@usdoj.gov)