UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN J. HIGGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:20-cv-00665-JPH-DLP |
| ) | |
| T. J. WATSON, ) | |
| ) | |
| Respondent. ) | |

**ORDER DENYING AMENDED MOTIONS
AND DIRECTING RESPONSE TO AMENDED PETITION**

Dustin J. Higgs is a federal inmate at the United States Penitentiary in Terre Haute, Indiana, scheduled to be executed on January 15, 2021.

On December 15, 2020, Mr. Higgs initiated this case by filing (1) a petition under 28 U.S.C. § 2241 seeking a writ of habeas corpus, (2) a motion for leave to proceed *in forma pauperis*, and (3) a motion for leave to file the § 2241 petition *pro se*. The Court granted Mr. Higgs's motions and directed the respondent to show cause why the petition should not be granted.

On December 17, Mr. Higgs filed three new documents, similar but not identical to the three he filed to open this action. These filings arrived in an envelope addressed to the Chief Judge, while Mr. Higgs's original filings arrived in an envelope addressed to the Clerk of Court. *Compare* dkt. 1-1, *with* dkt. 8-1.

The Court construes the more recent filings as (1) an amended § 2241 petition for writ of habeas corpus, (2) an amended motion for leave to proceed *in forma pauperis*, and (3) an amended motion for leave to file the § 2241 petition

*pro se*. The amended motion for leave to proceed *in forma pauperis*, dkt. [6], and the amended motion for leave to file *pro se*, dkt. [7], are **DENIED** because the Court has already docketed this action and granted Mr. Higgs leave to proceed *in forma pauperis*.

The Court's order dated December 16, 2020, dkt. [5], shall remain in effect, except that the respondent shall respond to Mr. Higgs's amended petition, dkt. 8, rather than the original petition, dkt. 1.

**SO ORDERED.**

Date: 12/18/2020

                                            *James Patrick Hanlon*
                                            James Patrick Hanlon
                                            United States District Judge
                                            Southern District of Indiana

Distribution:

DUSTIN J. HIGGS
31133-037
Special Confinement Unit
P.O. Box 33
Terre Haute, IN 47808

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
brian.reitz@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2462
bob.wood@usdoj.gov

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
Capital Habeas Unit
Curtis Center, Suite 545 West
601 Walnut St.
Philadelphia, PA 19106
215-928-0520
matthew_lawry@fd.org

Ellen Nazmy
UNITED STATES ATTORNEY'S OFFICE
ellen.nazmy@usdoj.gov

Sandra Wilkinson
UNITED STATES ATTORNEY'S OFFICE
sandra.wilkinson@usdoj.gov