**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Dustin Higgs, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00665-JPH-DLP |
| | ) | |
| T.J. Watson, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY OF APPEARANCE**

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Petitioner Dustin John Higgs.

I am entering my appearance in this matter, which Mr. Higgs initiated in his own behalf, following consultations with and with the approval of Mr. Higgs. Further, it is my intention, after consulting with Mr. Higgs and with his approval, to file an amended counseled pleading tomorrow that incorporates the claim previously raised by Mr. Higgs pro se, as well as one additional claim.

/s/ Matthew C. Lawry
Matthew C. Lawry, Pa. Bar No. 87221
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Dated:  December 22, 2020

**Certificate of Service**

I, Matthew Lawry, hereby certify that on this 22nd day of December, 2020, the foregoing

was filed electronically through ECF/CM.  Notice of this filing will be sent to the following

parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system:

Ellen Nazmy
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

/s/ Matthew C. Lawry
Matthew C. Lawry