**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

_____

DUSTIN HIGGS,

              Petitioner,

      v.

T.J. WATSON, Warden,
Federal Correctional Complex, Terre Haute,

            Respondent.
_____

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:20-cv-00665-JPH-DLP


**DEATH PENALTY CASE**

\***EXECUTION SCHEDULED
FOR JANUARY 15, 2021\***

_____

**APPENDIX TO SECOND AMENDED PETITION
FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241**

_____


Matthew C. Lawry
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
Matthew_Lawry@fd.org


December 23, 2020

## INDEX TO APPENDIX

Exhibit 1:     11/22/00 sentencing transcript, *United States v. Victor Gloria*, No. 98-cr-482-PJM (D. Md.)

Exhibit 2:     7/18/98 report of Detective Robert Patton

Exhibit 3:     2/2/99 report of Detective Robert Patton

Exhibit 4:     Information sheet – Clarence White

Exhibit 5:     Undated handwritten notes of interview of Clarence White

Exhibit 6:     6/11/99 transcript of interview of Clarence White

Exhibit 7:     7/18/98 transcript of interview of David Bishop

Exhibit 8:     7/29/98 transcript of interview of Barbara Bailey

Exhibit 9:     8/12/98 transcript of interview of Charnetta Bailey

Exhibit 10:    2/2/99 transcript of interview of Keith Scott

Exhibit 11:    2/2/99 transcript of interview of Kevin Scott

Exhibit 12:    4/7/99 transcript of interview of Kevin Miller

Exhibit 13:    9/28/96 application for statement of charges against Victor Gloria

Exhibit 14:    2/2/99 handwritten note from Martrelle Creighton homicide file

Exhibit 15:    Undated handwritten note from Martrelle Creighton homicide file

Exhibit 16:    Undated handwritten notes from Martrelle Creighton homicide file

Exhibit 17:    Undated handwritten note from Martrelle Creighton homicide file

Exhibit 18:    Undated handwritten note from Martrelle Creighton homicide file

Exhibit 19:    Undated handwritten to-do list from Martrelle Creighton homicide file

Exhibit 20:    Undated handwritten driving directions from Martrelle Creighton homicide file

Exhibit 21:    4/12/99 handwritten note from Mark Cohen

Exhibit 22:    4/21/99 report of Detective Robert Patton

**INDEX TO APPENDIX**

Exhibit 23:    Indictment, *State v. Keith Scott and Kevin Scott*

Exhibit 24:    Indictment, *State v. Kevin Miller*

Exhibit 25:    Docket, *State v. Keith Scott*, No. 199062008, Circuit Court for Baltimore City

Exhibit 26:    Docket, *State v. Kevin Scott*, No. 199062008, Circuit Court for Baltimore City

Exhibit 27:    Docket, *State v. Kevin Miller*, No. 199110054, Circuit Court for Baltimore City

Exhibit 28:    Sentencing guidelines worksheet for Kevin Miller

Exhibit 29:    Commitment record, *State v. Kevin Miller*

Exhibit 30:    Maryland Department of Public Safety and Correctional Services incarceration history for Kevin Miller

Exhibit 31:    1/21/99 discovery agreement, *United States v. Dustin Higgs*, No. 98-cr-520-PJM

Exhibit 32:    12/3/14 declaration of Harry Trainor

Exhibit 33:    8/10/12 declaration of Willis Haynes

Exhibit 34:    9/1/16 order dismissing Second Superseding Indictment with prejudice, *United States v. Reddy Annappareddy*, No. 13-cr-374-GLR (D. Md.)

Exhibit 35:    9/1/16 transcript of motions hearing, *United States v. Reddy Annappareddy*, No. 13-cr-374-GLR (D. Md.)

Exhibit 36:    Second Superseding Indictment, *United States v. Willis Haynes and Dustin Higgs*, No. 98-cr-520-PJM (D. Md.)

ii

**Certificate of Service**

I, Matthew Lawry, hereby certify that on this 23rd day of December, 2020, the foregoing was filed electronically through ECF/CM. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Ellen Nazmy
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201


_/s/ Matthew C. Lawry_____
Matthew C. Lawry