**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

**2 FEBRUARY 1999**

**TO:**    Major Jeffrey Rosen
Commanding Officer
Crimes Against Persons Section

**FROM:**    Detective Robert L. Patton
Detective Kirk Hastings
Homicide Unit

**SUBJECT:**    **HOMICIDE BY STABBING**
**MARTRELLE LAMAR CREIGHTON**
**M/B/20 DOB** ███████

███  ████████████  ██  ████████████████

**OCC: 18 JULY 1998 @ 0200 HOURS**
**301 LIGHT STREET ( SIDE WALK AREA)**
**CC# 98-1G13258 H-98-172**

**SIR:**

## FOLLOW UP INVESTIGATION/ ARREST OF SUSPECTS

**SUSPECTS:**        **KEITH MICHAEL SCOTT**
M/B/23 DOB ██████
████████████████
█████████████

( **ARRESTED**)

**KEVIN LEE SCOTT**
M/B/23 DOB ██████
█████████████
████████

(**ARRESTED**)

**KEVIN ANTHONY MILLER**
AKA "KEVIN"
B/M/22 DOB ██████
█████████████

S.I.D # 1628168

**PAGE TWO**
**FOLLOW UP INVESTIGATION/**
**ARREST OF SUSPECTS**
**2 FEBRUARY 1999**
**H-98-172**

**VICTOR GLORIA**
AKA "VIC."
B/M/24

S.I.D. # 1565443

On the 2nd of February 1999 at 1515 hours Detective Daza of the F.B.I. Fugicide Task Force, Calverton Office contacted the Homicide office and reported the following information. Detective Daza reported on this date at 1500 hours the listed suspects were and arrested in the 200 block of Red Clay Road, Anne Arundel County Maryland. Detective Daza said that the listed suspects were currently being detained at the M.S.P. Waterloo Barracks awaiting transport to Baltimore City.

Based on this information Detective John Thanner in concert with Detective Kirk Hastings responded to the Waterloo Barracks where they took custody of the listed suspects and ultimately transported them to the Baltimore City Homicide office for interview. Once at the Homicide office both suspects waived their rights to counsel and provided statements in which the following information concerning the captioned investigation was gleaned.

Concerning **Keith Michael Scott** he said during his taped interview. That he and his twin brother, Kevin Lee Scott and a third individual identified as **Kevin Anthony Miller, SID # 1628168** left Laurel Maryland together and drove to the Inner Harbor area on the date in question. He stated that his brother Kevin Scott was driving and that they were operating a white late model Chrysler or Plymouth four door vehicle that Kevin Scott had purchased from an individual known as "Paul." Keith Scott continued and stated when they arrived they parked their vehicle within blocks of the Inner Harbor and walked the rest of the way on foot. He said that they arrived sometime after 2100 hours and they walked to several drinking establishments in the vicinity.

Keith Scott continued and stated that several hours later they were walking down the promenade in the direction of where their vehicle was parked. He stated it was during this time they meet and individual known as **"Vic.", Victor Gloria S.I.D. # 1565443** , a friend from Laurel Maryland who was walking in the opposite direction.

**PAGE THREE**
**FOLLOW UP INVESTIGATION/**
**ARREST OF SUSPECTS**
**2 FEBRUARY 1999**
**H-98-172**

Keith Scott said that they talked to Victor Gloria and continued walking in the direction of their vehicle. He stated it was during this time they encountered three unidentified black females who were later identified as **Ms. Barbara Bailey, Ms. Charnetta Bailey and Ms. Erica Jones**. Keith Scott stated that Victor Gloria was the main person who began conversations with the females. He stated a short time later the listed victim in company with two other individuals approached the group and began making sarcastic remarks toward the females.

Keith Scott stated that the females and the rest of their group walked away from the victim and his associates trying to avoid an altercation. He stated it was during this time the victim re-approached their group and in a threatening manner approached Victor Gloria from behind. He stated at this point Victor Gloria struck the victim once in the face and immediately began running toward the main Street. Keith Scott stated after the victim was struck in the face he started bleeding from the nose and stood in the same area and did not chase after the Victor Gloria.

Keith added that the altercation was over at this point, saying that only one punch was thrown. Keith stated that the only persons involved in any altercation that night was Victor Gloria and the victim. Keith stated that he did not know at the time that the victim was stabbed in the neck and did not see Victor Gloria armed with any type of weapon. He said that he learned of death after Police were looking for him and his brother in Laurel.

Keith stated after the altercation they walked to their vehicle and drove back to Laurel Maryland. He stated that Victor Gloria apparently made his own way home indicating that he did not ride in their vehicle. Concerning Kevin Lee Scott your Investigators will note that he provided the same basic information in his taped interview, see transcripts for detailed information.

**INVESTIGATION TO CONTINUE**

_____    _____
**SUPERVISOR**                      **DETECTIVE ROBERT PATTON**
                                     **C.I.B. HOMICIDE UNIT**