Police Department
Baltimore, Maryland

CI/209                                              Case Number_____

INFORMATION SHEET

Name _Clarence Frederick White_____ Nickname _Clarence___

Race _B_ Sex _M_ Age _15_ D.O.B. ██████████

Height _5'7"_ Weight _135_ Complexion _Med___

Address ████████████████ SS# ███████████

Home Phone ██████ Date and time of interview _18 July 93 0355_

Parent's name ████████████ Address _S/A_

Boy/girlfriends name ████████ Address ███████████

Last School Attended _Conrod Weiser_____ Grade _9th_

Employer _Unemployed_____ Address_____

Employers Phone_____ Hours of employment_____

RELATIVES IN BALTIMORE NOT LIVING WITH WITNESS

Name ████████ Relationship ████

Address _S/A_____ Phone _Same___

Name ████████ Relationship ████

Address ████████ Phone ████

Read and Write        Yes _X_        No_____

Under the influence of drugs   Yes_____   No _X_

If yes explain_____

Alcohol Check One Sober____ Had Been Drinking _X_ (2 Beers) Intoxicated____

Description of clothing at time of Interview (note in bloodstained torn etc.)_ T.Shirt, Jeans, Tennis Shoes.__

Note any injuries____ _None_____

Meals Provided_____ Date_____ Time_____ Date_____ Time_____

Detective _Kleinota_____ Detective_____