Me , Derrick , Montrel came downtown

We was Drinking .

Met up with Some Girls Near Crazy Johns.

Split Up.

Went to Inner Harbor.

Met up with Girls Again.

They talking with other Guys.

We All Starred talking

Suspect became mad

Started to fight with the Victim

U Got Cut in Neck

Suspects Ran Away.

it was 3/4 They all Ran Away Together.

1160-10-3                                                                    Form 71 / 37

Suspect #1

White T-Shirt - White V-Neck on top.    Short Hair
Brown/tan Shorts,         Low Cut Black Chuka Boots.

MB 19 - Slim - 150 Light Skin

Saw him swing at Montrel - Montrel grabbed

his neck - AND was bleeding Dad.

#2  MB 15    White T-Shirt  Dark Shorts.

#3  MB 15  White T-Shirt  Dark Shorts.

Called 911 from pay phone    Light Rail Entrance.

Flagged down Police Car.

Can recognize if seen again -

1160-10-3                                          Form 71 / 37