Today's date is the 11th of June 1999. The time now is approximately ah, 1347 hours. This is Detective Robert Patton and Detective John Thanner of the Homicide Unit. Ah, we're in Sgt. Barrack's office. We're interviewing Mr. Clarence White in reference to the stabbing incident of Montrell Creighton which occurred down at the Inner Harbor during the summer of 1998.

Patton:             O. k. for the record ah, Mr. White would you say your full name and address please?

White:               Clarence White, ███████████████

Patton:             O. k. and how old are you Clarence?

White:               16.

Patton:             O. k. and ah, what's your date of birth?

White:               ████████

Patton:             O. k. alright you remember the incident that happened down at the Inner Harbor where Montrell Creighton who's also known as Tank, was stabbed? Do you remember that?

White:               Yes.

Patton:             O. k. could you tell me what you remember about that incident? What happened?

White:               Um, this,

Patton:             And speak up loud.

White:               Alright, it was, we arrived like downtown like I guess like 12 or something and.

Patton:             Who, who was with you?

White:               It was Truck, it was Bishop and me.

Patton:             O. k.

White:               And we was, we was walking down to the side like I don't recall what street that is. We was, we was walking towards the harbor. And we were drinking and we was walking towards the harbor. We, we seen these females, it was 3 females. And so we were, we were talking to the females and the females was like, one of the girls who Montrell was rap, talking to

Page #2
Statement of:        Clarence White

White:        she say that she was married and she was in the army like she was just trying to turn him down like easy or whatever but it's like she was just out there still trying to talk to males though and he couldn't understand that cause like he had that alcohol in him. So we walked him down and we get so towards the harbor like next to the booth where the benches at and we walking down and we see the females again and we keep on going we rap. We, we get to them a little group where some guys rapping out there were rapping, time goes by and the females walked passed us and it's like soon as she looked like, he look over to the right and he them so he walked right there cause they was like right on the side of us. He walked over there, he talking to them, he's talking to this female and he was like, "Why yall messing with them, the guys?" He was like, "They ain't nobody" and this and that. He say, like he, he was like um, he was like they whores. He asked the, he asked the dudes like why was they rapping to the females, he was like they all spoken for like, she married and she in the army and the guy he came, he came out his mouth like, like fuck you or something. So Montrell was he was call, he called him out there. So the guy was like, "We can fight." So it's, they get there to fighting like Truck jabbed him in the face and the dude throw his guards up. When he throw his guards up he just swinged, he swinging and it look like he hit him in his neck. It's like he held Truck, grabbed his neck and he say like, "I'm, I'm hit like he , he poked me or something." And he started bleeding.

Patton:        Now,

White:        It's like.

Patton:        where did the guys, the guy go that, that stabbed him in the neck? What did he do after he stabbed Montrell in the neck?

White:        The guy he, he ran.

Patton:        Now he was with some other guys?

White:        He was with two light skinned guys. He was with those twins that you showed me. He was with them and they all like clammed together like come on or whatever and they ran. Like as if like they knew what he was doing.

Patton:        Now did anybody else fight Montrell other, just the one guy fought Montrell?

Page #3
Statement of:           Clarence White

White:          Just the brown skinned guy.

Patton:         O. k. now you said that Montrell swung at him and then the guy swung back and then the fight was over with?

White:          Yes.

Patton:         And then, what did Montrell do after the guy hit him?

White:          He clenched on his neck and he said, the just like he poked me.

Patton:         Huh. Huh.      ·

White:          We well he was sitting there for so long before he said it that, that like we ain't know and it's like they already done ran off.

Patton:         And then he's bleeding from the neck?

White:          Huh. Huh.

Patton:         A lot?

White:          It was a lot.

Patton:         Alright, o. k. now did you know the girls?

White:          No.

Patton:         O. k. had you ever seen those 3 guys before?

White:          Uh. Uh.

Patton:         Were they, had you ever seen the guy that, that stabbed Montrell in the neck before?

White:          No.

Patton:         Did you see what kind of weapon he had in his hands when he hit Montrell in the neck?

White:          Nah.

Page #4
Statement of:              Clarence White

Patton:              Couldn't, you couldn't see it?

White:               Uh. Uh.

Patton:              O. k. but he did hit him in the neck and then after that ah, Montrell stopped fighting and grabbed his neck?

White:               Huh. Huh.

Patton:              O. k. now earlier before we turned on the tape at about ah, 1325 hours which is 1:25 p.m. I showed you a photo line up card ah, that contained 6 black and white photographs, is that correct?

White:               Yes.

Patton:              And o. k. and did you identify anybody on that card?

White:               I identified the 6th picture,

Patton:              O. k. and that, did

White:               on down the bottom.

Patton:              and that's the ah the, the bottom row?

White:               The bottom right hand, hand the 3rd one.

Patton:              O. k. bottom right picture?

White:               Yes.

Patton:              O. k. and this person is the person that?

White:               He stabbed Montrell.

Patton:              O. k. and did you sign your name above the picture?

White:               Yes.

Patton:              O. k. and had you write something on the back?

White:               Yes.

Page #5
Statement of:          Clarance White

Patton:        O. k. and what did, what, what did you write on the back, can you read that?

White:         The guy in the picture that I identified looks like the person that stabbed Truck.

Patton:        O. k. and Truck is Montrell Creighton, right?

White:         Yes.

Patton:        O. k.

White:         Creighton.

Patton:        Creighton, I'm sorry. Now I also showed you 2 more photo line ups and you identified ah, the two light skinned guys is that correct?

White:         Yes.

Patton:        O. k. the, the first one I showed you was at um, 1 ah, 1:32 p.m. and did you identify anybody on that card?

White:         Yes the 3rd person on the top on the right hand side.

Patton:        O. k. and that was one of the guys that was there?

White:         Yes.

Patton:        O. k. and I showed you another one at ah, 1:37 p.m. did you identify anybody on that one?

White:         Yes.

Patton:        O. k. and where was that picture located?

White:         Down the bottom on the first.

Patton:        Bottom where?

White:         On the bottom of the 1st left hand side.

Patton:        O. k. and he was the this person was?

Page #6
Statement of:          Clarence White

White:          He was, he was the guy that was there.

Patton:          O. k. and you signed your name above each one of those photographs?

White:          Yes.

Patton:          O. k. Um, I also showed you a 4th line up but you couldn't identify anybody is that correct?

White:          Yes.

Patton:          O. k. Now you came down to Police Headquarters ah, or went to the hospital right, after Montrell was stabbed?

White:          Yes.

Patton:          And then ultimately you came down Police Headquarters and talked to the detectives that night,

White:          Yes.

Patton:          or that morning, right?

White:          Yeah.

Patton:          O. k. and you told them what happened?

White:          Yeah.

Patton:          Alright, o. k. um, now I asked you, do was this earlier and you said there was 2 light skinned guys and the guy that stabbed Montrell, was there any other person with them in that group,

White:          Uh. Uh.

Patton:          that you know of ?

White:          Nah if they have it, they would have to be far or something.

Patton:          O. k. so they weren't out in the immediate vicinity?   They weren't involved in what happened?

Page #7
Statement of:    Clarence White

White:    Nah.

Patton:    O. k. alright, o. k. John you have any questions?

Thanner:    **(Inaudible)** at any time Clarence did Detective Patton or myself pointed out anyone direct you to identify anyone,

White:    Uh. Uh.

Thanner:    out of those photographs that you looked at?

White:    No.

Thanner:    Ah, we didn't indicate in any way, shape or form, right?

White:    Right.

Thanner:    And ah, you weren't forced or coerced or threatened to give this statement?

White:    No.

Thanner:    O. k. that's all I have Bobby.

Patton:    O. k. alright the time now is approximately ah, 1356 hours.  We're gonna conclude the interview.

Transcribed by:    Eva E. Cooper