This is a tape statement of David Bishop being taken in the Homicide Unit by Detective Kurt Hastings.  The date is 18th July, 1998 and the time is 0416 hours.  We're in Lieutenant's Lieu's office in the Homicide Unit. For the tape sir state your name?

Bishop:        David Bishop.

Hastings:      Could you speak up sir?

Bishop:        David Bishop.

Hastings:      Your home address?

Bishop:        ██ ████████████

Hastings:      Your age and date of birth?

Bishop:        I'm 24 years old and I was born ██ ██, ██.

Hastings:      Can you read and write sir?

Bishop:        Yes.

Hastings:      How much education do you have?

Bishop:        I graduated from Southwestern High School.

Hastings:      Are you under the influence of drugs or alcohol right now?

Bishop:        No.

Hastings:      Are you giving this statement free and voluntarily?

Bishop:        Yes.

Hastings:      Mr. Bishop I'm investigating an incident that occurred 301 Light Street which is the Inner Harbor.  It happened around 2 AM this morning where a friend of yours Matrella Creighton known to you as Truck was stabbed, what can you tell me about this incident?

Bishop:        Well, we started we, we entered the Harbor from the entrance and started walking down me Truck and my friend Little Man we were walking down talking to some girls alright, than all of a sudden we ran into these girls one of them Truck was trying to talk to than it was some guys standing there one of the guys said something smart to Truck, Truck was ready to fight the guy than

Statement of Mr. David Bishop
Page 2

Bishop:       they started fighting alright Truck, the guy swung on Truck, Truck swung the guy swung back and it looked like a punch but, he cut him with something in his neck.  And, than the other one tried the light skin dude came up and hit him in his head and than they just backed up cause Truck wasn't trying to fight them after they hit him it wasn't trying to fight them so they just backed up cause I guessed they figure they stabbed him they did something to him.  And, I didn't realize that he was stabbed until, until um I started fighting the dudes and than they backed off and then I went to my friend and than he, he looked at me and he was black he was like they cut me with something and than that was his last words and than all the blood started shooting out of his neck, and air was coming out of his neck and I tried to put my hand over his neck to try to stop the bleeding and keep his air in.  And, than his head, his head started swelling up like a balloon his eyes started getting real big and his face started getting real puffy and blood started coming out of his mouth and his nose.  And, it was like he was standing up he was real stiff and when I, when I felt I realize that he was gone so I sat him down, I laid he down on the grass and I tried to ran down the boardwalk to see if I could catch the guys but, by the time they were gone. So I ran back up the boardwalk and that's when the Ambulance gets there.

Hastings:     When you say these three guys describe the guy that was originally fighting with Truck who stuck him as you put it?

Bishop:       I say he was about 5"11, a 160 pounds um, dark complexion um, he was wearing not a hat but, some kind of it looks like some kind of little cap on his head or something it didn't have a wing on it.  And, he had some it looked like he had some um some kind of pants or something rolled up to his knees and.

Hastings:     Like sweat pants?

Bishop:       Yea, like sweat pants or something.

Statement of Mr. David Bishop
Page 3

Hastings:       Did you see what kind of shoes he had on?

Bishop:         No, no.

Hastings:       The other two gentleman who, who were with them, when we were talking earlier you said that they looked like twins?

Bishop:         Yea, they looked like brothers I heard one of the girls say that call I heard one of the girls say twin, like that so I figure that um they were twins but, they looked like brothers they were the same height, the same complexion and they, their, their features were similar.

Hastings:       There was a different in their hair styles?

Bishop:         Yea one of them had a bush the other had braids going down to the back.

Hastings:       The one with the bush how big of bush was it?

Bishop:         I say it stood about 5 inches off of his, off of his head.

Hastings:       And the other one had braids all the way through his hair?

Bishop:         Going to the back, yea, all the way through.

Hastings:       Do you remember what either one of them was wearing?

Bishop:         No, I can't really remember what they were wearing.

Hastings:       Do you recall any words that were spoken between any of your friends and the suspects?

Bishop:         They were just going back and forth talking I mean saying like I don't know, Truck I guess Truck, Truck was like why do you have to disrespect me and he was ready to fight and that was really the end, the guy was like what's up and than they started fighting.  And it looked like it he looked like he punched him

Statement of Mr. David Bishop
Page 4

Bishop:       but, he stabbed him with something. Because I could tell the side that, I could tell the side that he was on that the dark skin dude was the one that stabbed him because the way they were fighting the light skin dude came from the back and, where he was cut that's where, that's where the dark skin dude was hit his at.

Hastings:     Right?

Bishop:       I seen him hit him.

Hastings:     When you met um the girls down the Inner Harbor, did you know any of these girls names?

Bishop:       None I just met them.

Hastings:     Did you get any nicknames or anything like that?

Bishop:       I, I didn't even talk to the girls.

Hastings:     How long were you down the Inner Harbor before this happened?

Bishop:       About an ½ hour.

Hastings:     Have you ever seen any of these suspects before anywhere?

Bishop:       Never.

Hastings:     Can you think of any questions that I didn't ask you or any information or any information that you can provide me that I didn't go into?

Bishop:       If I could remember more I would try but, I told you everything I know, I can't remember (inaudible).

Hastings:     Thank you for your cooperation.  This tape statement is terminated at 4:23, thank you.

This tape was transcribed by Secretary III Myrna C. Milburn, Criminal Investigation Bureau, AdmUnit on November 28, 1998.