Today's date is the 7th of April, 1999, the time is now approximately 1135 hours. This is Detective Robert Patton and Detective John Riddick of the Homicide Unit. We're conducting an interview with Mr. Kevin Anthony Miller, in reference to the homicide of Martrell Lamar Crayton, which occurred at ah Baltimore City Inner Harbor.

Patton:     Okay ah, for the record Kevin, could you state your full name, your age and your date of birth, please.

Miller:     Kevin Anthony Miller, ███████ █ ███.

Patton:     How old are you, Kevin?

Miller:     22.

Patton:     Okay, and your current address?

Miller:     Inaudible.

Patton:     Okay, um first let me advise you on a couple of things that we've already talked about. Ah first I want you to understand that you are under arrest, do you understand that?

Miller:     Yes.

Patton:     Okay, and I told you earlier that you're going to be, your charges are murder and deadly weapons violation is that correct?

Miller:     I didn't know I had weapon charges too.

Patton:     That's a collateral cause it's a stabbing homicide, but you understand that, and that's what I told you is that correct?

Miller:     Yes.

Patton:     And do you understand what you are charged with?

Miller:     Yes.

Patton:     Okay. Now at about 10:00 this morning, we went over your inaudible rights form, is that correct?

Miller:     Yes.

Patton:     Okay, I'm going to just go over and touch over the rights again now. Um number 1, you have the absolute right to remain silent, do you understand that?

Page 2
Statement of Mr. Miller

Miller:        Yes.

Patton:        Okay. Number 2 anything you say or write may be used against you in a court of law, do you understand that, Kevin?

Miller:        Yes.

Patton:        Okay, you have the right to talk with a lawyer at any time before any questioning or answering any question or during any questioning, do you understand that sir?

Miller:        Yes.

Patton:        Okay, if you want a lawyer and cannot afford to hire one, you will not be asked any questions and the court will be request appoint a lawyer for you, do you understand that sir?

Miller:        Yes.

Patton:        Okay, if you agree to answer questions you may stop at any time and request a lawyer and no further questions will be asked of you, do you understand that sir?

Miller:        Yes.

Patton:        Okay, all of the five rights I just read to you, we've already read, went over this 10:00 this morning and you've placed your ah word yes and your initials on each one of those rights indicating that you understood is that correct?

Miller:        Yes.

Patton:        Okay, underneath that could you read that sentence underneath that for me?

Miller:        I have read the above explanations and the rights and fully understand them.

Patton:        Okay, do you fully understand your rights, sir?

Miller:        Yes.

Patton:        Okay, and you've signed your name underneath that indicating that you did?

Page 3
Statement of Mr. Miller

Miller:      Yes.

Patton:      Okay, and ah underneath that there's another sentence, could you read that sentence for me?

Miller:      I am willing to answer questions and I do not want any attorney at this time, my decision to answer any questions without having an attorney present is free and voluntary on my part.

Patton:      Okay, and you signed your name under that sentence also sir?

Miller:      Yes.

Patton:      And you willing to give a statement is that correct?

Miller:      Yes.

Patton:      Alright um first thing I'd like to go through with you sir is tell me what happen at the Inner Harbor, and I'd like for you to start from the beginning ah you watched over the game from the time that you guys met up, came to the Harbor something happen and everything after that, okay. And could you please do it in great detail for me sir?

Miller:      Ah I don't remember where we actually met up at but I remember Vic saying let's go to the to the Harbor and see some girls, talk to some girls.

Patton:      Where did you guys inaudible?

Miller:      Inaudible, I don't remember what kind and all that.

Patton:      Who all was?

Miller:      Me, Keith, Kevin, and Vic Lucky.

Patton:      Do you know Kevin's name ?

Miller:      Keith Scott, I don't know Vic's last name.

Patton:      And who's car were you in?

Miller:      Vic.

Page 4
Statement of Mr.Miller

Patton:      Vic, and what type of car was it?

Miller:      Inaudible, I believe.

Patton:      And it was his car?

Miller:      Yes.

Patton:      And you left all all together?

Miller:      Yes.

Patton:      And who's idea was it to go to the Largo?

Miller:      Vic.

Patton:      Vic, and why did he want to go there?

Miller:      To meet some girls.

Patton:      Okay, alright do you know what time it was when you left Largo to come down to the Inner Harbor?

Miller:      All I know is night time.

Patton:      Okay, well tell me what happened? You got in the car and?

Miller:      Got in the car and went to the Harbor.

Patton:      Where did you park at?

Miller:      Parked in the garage, right across the street from the Harbor.

Patton:      Do you know the name of the garage?

Miller:      No I do not. We went to the Harbor, walked around went into this little bar, got a couple of drinks, met some couple girls in there, went outside left them girls, walked around the Harbor outside near the water. We saw some girls on a bench or they or they seen us I don't remember.

Patton:      How many girls was it?

Miller:      Three. And we was talking to them, I wasn't, they was, they was talking and um.

Page 5
Statement of Mr. Miller

Patton:      Who's they, who was talking?

Miller:      Vic, Vic was mainly talking to this one girl we
             just lotty dottying with the other girls and um
             then three then three boys came up on us, talking
             about yall like these boys, yall don't like yall
             have boyfriends.

Patton:      They came up to the girls and started talking to
             the girls?

Miller:      Yeah, talking to the girls saying what yall got
             boyfriends, why yall didn't want to talk to us, I
             thought they knew the girls how they was talking,
             then they was then they was kept getting smart, I
             don't remember all what they was saying but they
             kept getting smart, I kept saying what ever, what
             ever, what ever then um.

Patton:      What was he saying exactly, who was doing most of
             the talking?

Miller:      It was the big light skin dude, he kept saying all
             you can tell a weed boys, I don't know he just
             kept getting smart, then the girls pulled Vic away
             like come on, then they like come on yall, so we
             walking away.

Patton:      Which way were you walking towards the parking
             garage or back towards the?

Miller:      Towards the garage, but we wasn't leaving  we was
             walking towards that way and um then one of them
             ran back and pointed at me saying which one kept
             talking trash, pointing at me and then one of the
             little dudes like him pointing at me saying him
             then the big dude came in my face, got in looked
             down inaudible, turned around and something. I
             don't remember how we got to fighting, for real I
             remember um the dark skin dude came in my face,
             Vic, I know I don't know what happened the light
             skin dude was towards to me Vic punched him he
             came to me that's how I know he didn't get
             stabbed, he came to me after Vic punched him the
             other dude, I know I swung at the one dude, we
             both had our hands up, I swung at him, he like
             that's all you got, he said that then I like and
             then the light skin dude came in my face after Vic
             punched him. So I know,I don't know about all that
             skirting stuff. And then he stopped and put his

Page 6
Statement of Mr. Miller

|  | hands down and called his friend like come here come here, oh when Vic punched him he ran and I was standing there by myself, Twin standing towards the side they didn't even get in it, then I know dude came up to me I had two of them in my face after Vic punched him and then big man that one yall claim he got stabbed put his hands down call his friend like come here, Twin start calling me like come on come on we ran and left we ran to the car, got in the car and went home. Vic never said he stabbed, I never knew somebody got stabbed until Twins got locked up, called me and told me everything and they wanted me to be a witness. |
|---|---|
| Patton: | Alright now let's just go back over this a little bit, alright now you guys are? |
| Miller: | The girls was laughing. |
| Patton: | Inaudible some where and you see three girls sitting on a bench? |
| Miller: | I never, I never walked to the bench, I don't know I know we met three girls after we came. |
| Patton: | Now was there any guys talking to the girls when you guys approached the girls? |
| Miller: | No. |
| Patton: | No, did you see the big guy and his friends before you guys approached the girls? |
| Miller: | Oh we seen them some some boys rapping but I don't know it was about twenty of them was rapping and big man was watching them, I was watching all them rap but we ain't have no altercation or talk to them or nothing like that. |
| Patton: | Right, so now you said that Vic, he approached the girls first? |
| Miller: | After we came out inaudible, after we came out the um the um little Baha thing, I think he approached them after that. |
| Patton: | So you guys are talking to the girls? |

Page 7
Statement of Mr. Miller

Miller:      Right

Patton:      And Vic is doing most of the talking you said.

Miller:      And talking to the one girl.

Patton:      Okay, are you talking to any of the girls?

Miller:      I think I talked to one of them, but I ain't not no trying to get a number.

Patton:      So inaudible guys. So while you're talking or while your friend and you are talking to the girls you say that the big guy, he just came over?

Miller:      Talking to the girl, not us at first.

Patton:      Now were they sarcastic, were they cursing at them?

Miller:      He was drunk I think, think he was drunk.

Patton:      What did he say, do you remember what he said to the girls?

Miller:      He was saying I ignoring him at first, he was saying did yall have boyfriends and kept saying somewhere of where he's from, kept saying some where's he's from, I don't know where he from.Kept saying where he from.

Patton:      I mean did the girls, I mean was he being rude and sarcastic to them or?

Miller:      What to the girls?

Patton:      Yes.

Miller:      Ah I can't really say, now he kept getting smart with me and my friends.

Patton:      Okay, they started talking to you guys cause you guys were talking to, I mean what was the gist of, why were they upset or why were they ?

Miller:      Cause the girls were talking to us and not them. At first I thought they knew them until we stop having a conversation and we said we would find out they ain't know them.

Page 8
Statement of Mr. Miller

Patton:      Now you said that you started to walk away?

Miller:      Yeah the girls pulled on me like come on.

Patton:      Alright so the girls are walking, all three of the girls are walking with Vic?

Miller:      No the one girl was walking with Vic, and the two girls was walking with us three.

Patton:      Yall walked away?

Miller:      Yeah cause Vic and the other girl was inaudible.

Patton:      And where was the the guys?

Miller:      They stayed there.

Patton:      Stayed by the bench?

Miller:      By the bench while we walking up they ran back up on us pointing at me.

Patton:      Okay, who was pointing at you?

Miller:      One of the dark skin boys, I don't know which one I know he was dark skin inaudible. Matter of fact it was the smallest dark skin one pointing at me like him him him.

Patton:      You were saying you because you?

Miller:      I kept saying whatever, every time he would say his name I would say what ever.

Patton:      Okay so when he said something sarcastic, you'd go sarcastically whatever?

Miller:      What ever.

Patton:      Alright igging him on. Alright okay so he now you guys stop and he get in your face?

Miller:      Yes.

Patton:      Right, the the one short dark skin guy, so what happens at that point? You guys fight, what?

Miller:      We never fought, inaudible he was like I don't know how, all I know is the big man came in my

Page 9
Statement of Mr. Miller

        face.

Patton:        Naw, I'm talking about the short guy right now that came in your face. Did the big guy come with him, they came together?

Miller:        Yeah he was like him he says I don't I don't actually recall what he said all I remember is him pointing at me like him, he the one, talking trash they were like him, I don't even know what big man said, I don't remember.

Patton:        Alright, so when they got to you what did he do?

Miller:        I know I turned to Vic and then turned, then I had the dark skin dude in my face I don't I don't understand, I don't remember all the details.

Patton:        So you saying that the big guy, try to understand this, when the big guy and the dark skin guy are initially talking to you?

Miller:        Right.

Patton:        Threatening you?

Miller:        Right.

Patton:        And then you said the big guy turned to Vic and said something to Vic?

Miller:        I believe so, and then he turned back.

Patton:        And then he turned back towards you.

Miller:        And then Vic.

Patton:        And then Vic.

Miller:        But I know my hands were up, and the dark skin dude when the big guy came to me, naw I seen Vic punch him.

Patton:        Alright so what I'm trying to determine when the punch took place, now did the big guy big guy comes to you and the dark skin guy comes to you then they each are pointing at you saying him him, then the big guy turns around towards Vic, steps towards Vic.

Page 10
Statement of Mr. Miller

Miller:      No he came to me first.

Patton:      Naw I'm saying after he stepped towards you, you said he, the big guy and the dark skin guy were first in  your face.

Miller:      Right.

Patton:      Then you said that he turned towards Vic.

Miller:      Yeah, but they ain't, I don't know if they did anything cause the.

Patton:      Then he turned back towards you?

Miller:      Right, and Vic punched him.

Patton:      Vic hit him in the neck or hit him in the face?

Miller:      Vic punched him.

Patton:      Then what did he do after Vic punched him, how did describe?

Miller:      He came, after he punched him.

Patton:      Did he put his hands on his face, was he bleeding?

Miller:      Naw, not yet, he rocked him like stunned him, I'm like I'm like yeah, I'm like I'm like damn.

Patton:      He was staggering a little bit, like he was going to fall down, inaudible hit a little harder?

Miller:      Yeah look like, and then um he came back towards me.

Patton:      Did you hear him hit?

Miller:      Yeah he hit him bop.

Patton:      He hit him real hard?

Miller:      Yeah and then Vic ran after he, soon after he punched him he ran. And then big man came towards me after Vic punched him and I swung on, I don't know how but I swung on the dark skin dude and the big man told the dark skin, so the dark, the big man had to been behind me inaudible, I know some kind of way they almost jumped me. The twins

Page 11
Statement of Mr. Miller

was looking, I'm mad at them cause I'm about to get jumped and big man just stopped and has his hand on his neck, stop said call his friend over, he friend had stopped, went over to him turned like come on come on inaudible and they ran off and the girls were laughing, we laughing and run damn Vic can hit.

Patton:    Did the girls go tho the car with yall?

Miller:    Naw, we left.

Patton:    Yall ran, left the girls?

Miller:    Yeah we ran off at twin car.

Patton:    So Vic hits him and then runs?

Miller:    Um hum straight run.

Patton:    Now do you see where he he running towards what the cars?

Miller:    Yeah we met up with him like at the corner or some shit, he was gone.

Patton:    And then all you guys got in the car together?

Miller:    Right.

Patton:    Now when you guys met up with Vic, what did he say what did yall talk about?

Miller:    Inaudible can hit like a motherfucker.

Patton:    And then he said?

Miller:    He start laughing.

Patton:    And then what you guys do after that?

Miller:    And then we all went home, we all went home.

Patton:    Now did you see Vic with any type of weapon or anything in his hand or pocket knife, ah fingernail clipper knife anything?

Miller:    No.

Patton:    Did he say he had something in his hand, keys?

Page 12
Statement of Mr, Miller

Miller:    Naw I know I know he ain't have car keys in his hand, but I know he had keys inaudible got there, but I ain't know he stabbed him, I thought he just punched him, he never told us he stabbed him.

Patton:    So you guys, he didn't say anything about him having any kind of weapon in his hand when you guys get in the car?

Miller:    No he did not.

Patton:    And then you guys get in the car and drive and drive back to Largo, and you don't remember anything, you don't know anything about this, didn't hear anything about this until after the twins were arrested?

Miller:    Right.

Patton:    You see Vic after that, before the twins got arrested?

Miller:    He was already locked up.

Patton:    Vic was?

Miller:    Yes. Hold on there was something else naw.

Patton:    Did you know those girls?

Miller:    No I did not.

Patton:    Did ah did the girls ever call you?

Miller:    No they did not.

Patton:    Did did did the twins say the same thing about the girls inaudible.

Miller:    No they did not.

Patton:    Did they ever call the girls? Did they ever give them their number?

Miller:    I think they gave them their number or that was the other girl, I don't we met three girls that night, three sets so I don't know if that was the set they gave their number to or not.

Page 13
Statement of Mr. Miller

Patton:     Now when all this is going on the altercation part of it, did you hit the big guy, grab his neck, did you hit anybody?

Miller:     No I did not, I didn't touch him, I didn't touch him, I ain't swing on at, I swung at the dark skin dude that had his hands up in my face.

Patton:     Um hum. Now did Kevin or Keith, Scott, the twins did they hit anybody?

Miller:     No they did not, they wasn't even, they was spectators you might as well say.

Patton:     They hit the big guy?

Miller:     No they did not. It was one swing two swings, I swung at the dark skin dude, Vic swung at the light skin, I don't know if the light skin dude swung at Vic or not because the light skin person, I meant the dark skin dude was in my face, and I had my back towards them.

Patton:     The exchange between Vic and the big light skin guy, how many punches are we talking?

Miller:     From what I seen one, Vic.

Patton:     Vic hit him one time and then ran?

Miller:     And ran, I thought he just inaudible that's the truth.

Patton:     I'm sorry?

Miller:     I said that's the truth I gave you he just punched him inaudible.

Patton:     I didn't understand you mumble.

Miller:     I said I thought he could punch real hard, he he he he hit him whop.

Patton:     He hit him real hard?

Miller:     Yeah and ran.

Patton:     And ran?

Miller:     Studded him but.

Page 14
Statement of Mr. Miller

Patton:      When you say studded, he was stumble?

Miller:      Studded and then he came towards me after he
             punched him.

Patton:      When he came towards you did you hit him?

Miller:      No I did not, he stopped after he came towards me,
             looked like I was about to get jumped for a
             second, main man put his hands down called his
             friend like come here, he went to his friend or
             not he but the friend went to the big man and they
             called the twins called me like come on and that
             was it.

Patton:      Alright, at about ah 11:25 I showed you a photo
             line-up card is that correct?

Miller:      Yes it is. Yes.

Patton:      And on that photo line-up card it contains 6 black
             and white pictures is that correct?

Miller:      Yes.

Patton:      On that same card did you identify anybody?

Miller:      Vic.

Patton:      You identified Vic and where is his picture up
             here on that card?

Miller:      In the right hand bottom side.

Patton:      Bottom right picture?

Miller:      Yes.

Patton:      Did you sign your name above this picture?

Miller:      Yes.

Patton:      Did you put the date on there?

Miller:      Yes.4-7-99.

Patton:      Did you put a time on there?

Miller:      11:25 a.m.

Page 15
Statement of Mr.Miller

Patton:      Alright, on the front of the card did you write
             something on the front of the card?

Miller:      Yes I did.

Patton:      Can you read what you wrote on the card for me
             please?

Miller:      Ah Vic punched the man in the in the right side
             of his neck and ran, me and the twins followed him
             to the car, we laughed and talked about what
             happen, Vic never said that he stabbed him.

Patton:      And you signed your name on that?

Miller:      Yes I did.

Patton:      Okay, there a couple of spots where you ah
             scratched out something.

Miller:      I signed above every scratch I made.

Patton:      Okay. Now since the twins have been locked up,had
             you talked to them?

Miller:      Ah at least 3 times, they wanted some lawyer money
             and wanted me to be their witness to the case.

Patton:      So tell me about what you guys talked about.

Miller:      We talked about they wanted some.

Patton:      When they asked you, excuse me, which twin called
             you Kevin or Keith?

Miller:      They together right now.

Patton:      Okay.

Miller:      They in the same cell. They um I talked to both of
             them.

Patton:      Okay.

Miller:      One come on, then the other one come on, but we
             mainly don't talk about what happen, we already
             discussed that the first time we talked.

Patton:      Okay, when the first time you talked, what did you

Page 16
Statement of Mr. Miller

talk about?

Miller:     Um we talked about they need fifteen hundred dollars for a lawyer and they wanted some um video, they wanted me send them some um tapes or some, yeah tapes, I had to buy the tapes and send the receipt with the tapes.

Patton:     What kind of tapes, cassette tapes?

Miller:     Yeah cassette tapes ah they like no limit soldiers and um.

Patton:     And what did they, what did you guys talk about?

Miller:     Just talked about their babies coming in June and they about to get an apartment this month or their girlfriends going to be there so when they come home they they got somewhere to stay. You know.

Patton:     Did they talk about the incident?

Miller:     We was on the three way. Not over the phone no. Yeah yeah yes we did that was over the phone we talked about that over the phone.

Patton:     What did yall talk about this thing down at the Inner Harbor.

Miller:     Hold up, we didn't talk about the case over the phone, we couldn't talk, I know their girlfriends told me everything about their statements and stuff, their girlfriends told me that's that's why I was on the phone with their girlfriends after they hung up, they told me about their statements and everything they said, they wrote me a letter.

Patton:     What did they say in the letter?

Miller:     Same thing about the tapes and I don't think they really need a lawyer but they needed um some lawyer money, they didn't say how much then, they wrote um what happened, what they said happened how they, they wrote how they got to the Harbor, they ain't write about what what happened, they just wrote that they saying that they got to the Harbor.

Patton:     Did they tell you something different then what?

Page 17
Statement of Mr. Miller

Miller:        Yes they did.

Patton:        Then what you told us?

Miller:        Yes they did.

Patton:        What did they tell you?

Miller:        They said they got to the Harbor in a white car by
               this man named Paul and they still wanted me to be
               their witness.

Patton:        Why do they, why do they say that do you know,when
               it wasn't true?

Miller:        I guess they trying to be as innocent as they can
               be.

Patton:        Okay is there anything else about this incident
               that you want to tell me that I've not asked you?

Miller:        Um you didn't ask me did I stab him, and I did
               not. You didn't ask me was there a knife, I didn't
               see a knife. Um you didn't ask me did I see blood,
               you asked me before the tape recorder came on but
               you ain't ask me while the tape recorder on did I
               see blood inaudible.

Patton:        Did you see blood coming from the tall light skin
               guy inaudible or anything?

Miller:        No I did not.

Patton:        After after ah Vic hit him?

Miller:        No I did not.

Patton:        Did you see Vic with a knife or any type of weapon
               in his hand?

Miller:        No I did not.

Patton:        Did I ask did you stab him?

Miller:        No you didn't ask me that either. And I did not
               stab him. You you didn't even ask me if I was
               innocent.

Patton:        Are you innocent Kevin?

Page 18
Statement of Mr. Miller

Miller:      Yes I am innocent.

Patton:      Okay. Is there anything else that you want to tell me that I didn't ask you?

Miller:      Yes I swung at the dark skin person in self defense cause I I was about to get jumped, so I swung at him and if I thought the big man got stabbed how can he get stabbed after getting punched in his neck and still coming towards my face trying to fight me and then stop and call his friends and then I could see a little bit when he stopped and called his friends but you saying how the way he got stabbed he should have just dropped dead and he didn't he just came towards my face and you told me that yall have surveillance cameras at the Inner Harbor showing everything that happen, then you told me that yall should have the females testify or not testify about yall have them and they test, they statement, yall should show that they laughed after Vic punched him.

Patton:      Did you see a little blood?

Miller:      I saw a little blood come out of his nose.

Patton:      A little blood come out, that's after?

Miller:      When Vic punched him.

Patton:      Correct you saw a little bit of blood?

Miller:      That's that's not when he first came towards me that's after.

Patton:      After Vic hit him?

Miller:      After,no no after he called his friend like come here, come here.

Patton:      So you saw a little bit of blood coming out of his nose?

Miller:      Coming out of his nose.

Patton:      Alright ah the time now is approximently 12:05 and this will conclude the interview.

Page 19
Statement of Mr.Miller


This tape was transcribed by CSO Angela Powell on 5-22-99.