STATE OF MARYLAND
LOCATED AT (COURT ADDRESS)

(County)

DISTRICT COURT CASE NUMBER
5E000 941

RELATED CASES:

**COMPLAINANT/APPLICANT**

Name Michael B. Washburn (Print)

Address (Number and Street)

City, State, and Zip Code          Telephone

Agency, Sub-Agency, and I.D. #    (Officer Only)

**DEFENDANT**

Name Victor Gloria

Address (Number and Street)

City, State, and Zip Code          Telephone

CC#

DEFENDANT'S DESCRIPTION: Driver's License #.................. Sex M. Race H Ht 5-7 Wt 150

Hair BL Eyes Br Complexion.......... Other.......... D.O.B.......... ID

# APPLICATION FOR STATEMENT OF CHARGES          Page 1 of 2

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named Defendant because on or about 9/27/96 11:45 PM

Date & Time

at Applebees 7300 Baltimore Ave College Park, the above named Defendant

Place

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it): Assult with a rock leading to injuries around and

including Right eye requiring multiple stitches. While leaving Applebees restaurant, the defendant confronted me and the witnesses listed below. He asked if we had a problem. Our answer was no and we continued to get into our car and leave. On our way out, the defendant

(Continued on attached.......... pages) (DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.

9/28/96
Date                                              Officer's Signature

I have read or had read to me and I understand the Notice on the back of this form.

9/28/96
Date                                              Applicant's Signature

Subscribed and sworn to before me this 28th day of Sept, 19 96

Time: 5:30 P. M   Judge/Commissioner                                    I.D. 505

I understand that a charging document has been issued and that I must appear for trial ☐ on ..........

Date

at .......... ☒ when notified by the Clerk, at the Court location shown at the top of this form.

Time

X                                              Applicant's Signature

☐ I declined to issue a charging document because of lack of probable cause.

Date                                              Commissioner          I.D.

Witnesses' Names and Addresses:

Jonathan Washburn
Name          Number and Street/Agency/Sub-agency/I.D.          City, State, Zip

Marcut Singer
Name          Number and Street/Agency/Sub-agency/I.D.          City, State, Zip

Cassandra Strus
Name          Number and Street/Agency/Sub-agency/I.D.          City, State, Zip

TRACKING NUMBER

DC/CR 1 (Rev. 8/94)                                              COURT COPY



**DISTRICT COURT OF MARYLAND FOR** ........................ (City/County)

LOCATED AT (COURT ADDRESS)

5E0005499l
**DISTRICT COURT CASE NUMBER**

DEFENDANT'S NAME (LAST, FIRST, M.I.)

Gloria, Victor

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)**   Page ____ of ____

Came towards the Car and threw a rock, hitting me on the Right side of my face at the right eye, Shattering my glasses Causing Multiple laserations and trauma to my right eye. ~~officer~~ Next, the defendant walked to the ~~~~ drivers side of the Car, and pulled out a knife and asked the driver "You want Some of this shit!". The driver told him "No" and proceeded to the entrance to Applebes Restaurant. The incident was also witnessed by a female aquaintace of the defendant. An officer filled out a report # 96-271-1594 - Officer Cpl. A. Graham # 1598.

9/28/96
Date

M. [signature]
Applicant's Signature

DC/CR 1A (Rev. 8/94)

96/00/752056
**TRACKING NUMBER**