2 FEB 99 —

U. S. PARK POLICE CIB (office # ███████████)
Det. RYDI ABST
*Det. JOE GREEN (PSR# ██████████)
primary                                    (office ██████████)

JAN '96 —    3/B/F VICTIMS
             shot to death rt BW Pkwy

Dec '98    3 ARREST MADE
           1) ████ HAYNES
              PG COUNTY ID# 805890
              PG COUNTY SHERIFF ID# 261890

           2) ███████ HEYSS, M/13/20's

           3) VICTOR Gloria    SID# 156543
              AKA: VICTOR MORALES FBI# 953670RA7
              AKA: Pretty VIC
              DOB: ████████

           ARRESTS IN following JURISDICTIONS;
           1) MARYLAND — A.A. COUNTY
                       — HOWARD COUNTY
           2) VIRGINIA
           3) NEW YORK

Det.
JOE GREEN H
[Front Desk]