For
Baltimore City
Police

Det's Tanner
or
Det. Patton

Will Pick up on
2/4/99

**REQUEST FOR PHOTO SPREAD**

Offense __Homicide__     CCN __2243-96__

Location of Off. __Rt 197__     Date of Off. __1-27-96__

**Filler Photographs Selected by Investigator:**

1. __45067__ .   2. __45100__ .   3. __44963__ .   4. __44933__ .
5. __45147__ .   6. __43739__ .   7. __43701__ .   8. __Suspect__ .
9. _____ .   10. _____ .   11. _____ .   12. _____ .

Special Instruction: __For Baltimore City__

Requested By: __Jn Green__ .     Date: __2/8/99__ .

Date Completed: __2/3/95__ .     ID Tech: ~~⬛⬛⬛~~



35417037 DISPLAY

**USMS** 35417037 **FBI NO.** 953670RA7 **DOB** ▇▇▇

**NAME** GLORIA, VICTOR NMN

**SEX** M **RACE** B **HAIR** BLK **EYES** BRO **HGT** 5'7 **WGT** 150










