Their Live up of victim blame —

Victor Gloria "Vick"
B/M/ ████████ (24)
████████████████
SID # 1565443
FBI # 953670RA7

Currently charged with Murder
and is being held by U.S. Marshalls

Det Joe Green BS Park Police

Kevin Anthony Miller
DOB ████████      M/B/(29)
███████████████████████
SID 1628168
FBI 425 320 XAS

Arrest Laurel PD 9500023 - 3-22-95
Arrested PG County 1-8-98

Kevin → 2nd unk subject with "Vick"
          Kevin Miller was driving car

Keith → Kevin Scott was driving car
          had recently Purchased car from
          Subject known as Paul

          did not indicate there was a
          second subject with "Nick"