

1 set leg IRONS    LT. LEWIS

1 set. leg IRON'S    Sgt. NOLAN'S

1 set Cuffs — THANNER (Homicide)

1 set Cuffs — D. TOWNSEND VCTF

S-B-F'S
JAN 96

AKA: Victor MORALEZ

Victor GLORIA (Pretty Vic)

BSID # 156 5443

FBI# 95 3670RA7

A.A. Cont
Howard
N.Y.
VA
md

T/p#

S. PARK Police (CIB)

Det. RYDI ABT

T/p#

PRIMARY:
Det Joseph Green
Pager

Willis HAYNES
PG County ID 805890
PG " Sheriff ID# 261890

DUSTIN HESS
M/B