— Things to Do —

① Call Det. Joe Green
    U.S. Park Police

② Request Photo Line up of
Kevin Anthony Miller
SID #

③ Request BWRit for Keith
and Kevin Scott                    SID
~~20 April 99   Keith Scott (    )~~
~~22 April 99   Kevin Scott (    )~~

④ ~~Set up GVSA for~~
~~Kevin and Keith Scott.~~

⑤ Show Photo Line up of
Kevin Miller to David Bishop