Directions to U.S. Park Police

S/B

295 — south to Wash. D.C.

get off Howard Rd EXIT

make a Right onto Howard Rd
go through traffic light
to South Capital St. Bridge
go over Bridge (exit to Right)
move to Right
Service Rd. to M St. make
a Right,
go to 2ND traffic light make a
Right turn into the Navy Yard.
Bldg. 136