4/12/99

Bobby

Re Victor Gloria

1 I spoke to AUSA Deborah Johnston concerning Victor Gloria on 4/12/99. She told me that Gloria pled guilt to AAF in triple murder case + that his plea agreement is sealed. The two Co-D's Willis Haynes + Dustin Higgs have trial date of 2-7-2000. Because plea agreement is sealed, she could not tell me if Gloria is going to testify act Co-D's

2 AUSA Johnston stated that it is possible that Co-D's - Scott, Scott + Miller are blaming Gloria because they are friends of D's in her case especially Haynes. She suggested that we talk to

① Joe Green Park Police
   B - ███████████████

② Brad Sheafe - FBI
   B - ███████████████

— they could give us background on case.

3 After you talk to these officers, we will decide on next course of action, that is either want Gloria + charge him or talk to his lawyer about the case.

4 Please call me

mark Cohen