File Copy



# CIB - HOMICIDE

### POLICE DEPARTMENT
### BALTIMORE, MARYLAND
#### Progress Report

**TO:**       Commanding Officer
              Homicide Unit

**FROM:**     Detective Patton, Robert Detective
              & Hastings, Kirk  Detective

**SUBJECT:**  Progress Report
              Homicide Investigation

**SUSPECTS**(Name, DOB, Race, Sex, Age, Address):

| | | | |
|---|---|---|---|
| Scott, Kevin  Lee | B/ M 23 | ███████████ | |
| Scott, Keith   Michael ███ | B/ M 23 | ███████████ | |
| Gloria, Victor ███ | B/ M 23 | ███████████ | |

**VICTIMS**(Name, DOB, Race, Sex, Age, Address):

| | | | |
|---|---|---|---|
| Creighton, Martrelle  Lamar ███ | B/ M 20 | ████████ | |

**OCCURRED:**  07/18/98  0206
               301   Light Street

|  |  |  |  |
|---|---|---|---|
| **CC Number:** | 981G13258 | **Case Number:** | 98H0172 |
| **District:** | CD | **Post:** | 112 |

FOLLOW UP INVESTIGATION SUSPECT RE-INTERVIEW

In reference to the captioned investigation four individuals have been identified as being involved in the captioned murder.  Three of the suspects, Kevin Scott, Keith Scott and Kevin Anthony Miller have since been arrested and are currently being held without bail at C.B.I.F.

The Fourth suspect, Victor Gloria is currently in Federal custody and is being held in reference to a 1996 triple Homicide that occurred on the Baltimore Washington Parkway. Per the U.S. Attorney's office Victor Gloria had plead guilty and is slatted to testify against his co-defendants, Willis Haymes and Dustin Higgs who are reportedly are close friends with the Scott brothers and Kevin Miller.

Your Investigator will note that when the Scott brothers and Kevin Miller were interviewed at the Homicide office all three implicated Victor Gloria  stating that Gloria was the only person who had engaged the victim in physical altercation. All three stated that Victor Glory punched the victim once in the face or neck. All three stated that Victor Gloria was not armed with any type of knife or weapon when they witnessed the altercation.

The Scott brothers along with Kevin Miller stated that after Victor Gloria punched the victim he immediately ran from the area. Your Investigator will note further and in reference the statements of the Kevin Miller and the Scott brothers. Your Investigator noticed that their statements are very similar in nature and appeared to have been rehearsed.

This assumption was supported when Kevin Miller stated during his initial interview that the Scott brothers called him from Jail several times and advised him that your Investigators were looking for him and that he would probably be arrested and charged with Murder.

The U.S. Attorney's Office was advised by A.S.A. Cohen that Kevin Miller and the Scott brothers had implicated Victor Gloria in the captioned Homicide. The U.S. Attorney reported that during course of their Investigation they received information that the Scott brothers and Kevin Miller were close friends with Victor Gloria's co-defendant, Willis Haymes and Dustin Higgs and were aware that Victor Gloria was a Federal witnesses and planed to testify against Hymes and Higgs. The U.S. Attorney believes that the implication of Victor Gloria by Kevin Miller and the Scott brothers is their form of retaliation against Gloria.

Your Investigators along A.S.A. Cohen believes that the A.U.S.A. is on track with their assumption. Your Investigators support is based on eyewitness information that Victor Gloria ran from the scene prior to the stabbing. The eyewitnesses identified Kevin Anthony Miller via photographic line up as the stabber and the only person seen engaging the victim in physical altercation.

In an effort to finally discern who of the four listed suspects actually stabbed the victim. Your Investigator in concert with A.S.A. Cohen believe by aggressively re-interviewing the Scott brothers we could ultimately convince them to tell the complete truth. This would clear up the apparent inconsistencies in their statements and ultimately discern from them who the actual stabber was which would corroborate the other eyewitnesses.

In addition A.S.A. Cohen indicated that if the Scott brothers cooperated and changed their statements and clear up the inconsistencies he wanted to administer a C.V.S.A. examination to verify their new statements. Your Investigator ultimately spoke with Detective J.T. Brown and tentatively scheduled the examinations for the 21st of April 1999 and obtained the writs for the same date.

On the 21st of April 1999 your Investigator in concert with Detective John Thanner transported Keith Scott and Kevin Scott from the Baltimore City Detention Center to the Homicide office for re-interview.

Once at the Homicide office the Scott brothers were placed in separate interview rooms and advised of their rights. Both refused to waive their rights and stated that their attorney's told them not to talk to the Police and to stand by their original statements.

Your Investigators explained in detail the circumstances surrounding the re-interview and the need for them to clear up the apparent inconsistent information that they initially provided in their original statements. Both brothers ultimately refused to cooperate and indicated that they were going to stand by their original statements and further refused to submit to a C.V.S.A. examination.

Your Investigators will note that the interview at this point had to be terminated and no new information was gleaned. Your Investigator at this point transported the Scott brothers back to B.C.D.C. and notified A.S.A. Cohen of the aforementioned results.

SUPERVISOR

DETECTIVE ROBERT PATTON

Det.

Respectfully,

CIB - Homicide

Page: 2

Date: 04/21/99