(MURDER, DW)

# State of Maryland,

City of Baltimore, to wit:

---

The State of Maryland

-vs-

KEITH MICHAEL SCOTT

KEVIN LEE SCOTT

Defendant(s)

---

Date of offense: __July 18, 1998__

Location: __301 Light Street (Sidewalk)__

Complainant: __MARTRELLE LAMAR CREIGHTON__

## INDICTMENT

The Jurors of the State of Maryland for the body of the City of Baltimore, do on their oath present that the aforesaid DEFENDANT(S) late of said City, heretofore on or about the date of offense set forth above, at the location set forth above, in the City of Baltimore, State of Maryland, feloniously, wilfully and of deliberately premeditated malice aforethought did kill and murder one ____Martrelle Lamar Creighton____, contrary to the form of the Act of Assembly, in such case made and provided, and against the peace, government and dignity of the State. (Art. 27, Sec. 616; 407-413 Common Law) 2 0900

## SECOND COUNT

And the Jurors aforesaid, upon their oath aforesaid, do further present that the aforesaid DEFENDANT(S), late of said City on the said date(s) at the said place, at the City aforesaid, unlawfully did wear and carry concealed upon and about (his/her/their) person(s), a certain dangerous and deadly weapon to wit: ____Sharp Object____ contrary to the form of the Act of Assembly in such case made and provided, and against the peace, government and dignity of the State. (Art. 27, Sect. 36) 1-5202

## THIRD COUNT

And the Jurors aforesaid, upon their oath aforesaid, do further present that the aforesaid DEFENDANT(S), late of said City, on the said date(s), at the said place, at the City aforesaid, unlawfully did wear and carry openly with the intent and purpose of injuring the aforesaid Complainant, a certain dangerous and deadly weapon to wit:____Sharp Object____; contrary to the form of the Act of Assembly, in such case made and provided, and against the peace, government and dignity of the State. (Art. 27, Sec. 36) 1-5200

*Patricia C. Jessamy*

The State's Attorney for the City of Baltimore