Circuit Court of Maryland
Go Back

**Case Information**

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **199062008**   Case Status: **CLOSED**
Status Date:   **08/30/1999**
Tracking Number: **981002174784**   Complaint No: **1G13258**
District Case No:   **2B00323920**
Filing Date: **03/03/1999**

**Defendant Information**

Defendant Name: **SCOTT, KEITH MICHAEL**
Race:**BLACK**          Sex: **MALE**
DOB:███████████
Address:███████████████
City: ████████   State: ███   Zip Code: ███████

**Charge and Disposition Information**

*(Each Charge is listed separately. The disposition is listed below the Charge)*

| | |
|---|---|
| Charge No: **1** | |
| CJIS/Traffic Code: **2 0900** | Arrest/Citation No: **000000** |
| Description: **MURDER-FIRST DEGREE** | |
| Disposition: **LESSER INCLUDED OFFENSES** | |
| Disposition Date: **08/30/1999** | |

| | |
|---|---|
| Charge No: **2** | |
| CJIS/Traffic Code: **1 5202** | Arrest/Citation No: **000000** |
| Description: **DEADLY WEAPON-CONCEAL** | |
| Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION** | |
| Disposition Date: **08/30/1999** | |

| | |
|---|---|
| Charge No: **3** | |
| CJIS/Traffic Code: **1 5200** | Arrest/Citation No: **000000** |
| Description: **DEADLY WEAPON-INT INJURE** | |
| Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION** | |
| Disposition Date: **08/30/1999** | |

| | |
|---|---|
| Charge No: **4** | |
| CJIS/Traffic Code: **1 1415** | Arrest/Citation No: **000000** |
| Description: **ASSAULT-SEC DEGREE** | |
| Plea: **GUILTY**  Plea Date: **08/30/1999** | |
| Disposition: **SENTENCED** | |
| Disposition Date: **08/30/1999** | |
| Verdict: **GUILTY**  Verdict Date: **08/30/1999** | |
| Sentence Starts: **02/02/1999**   Sentence Date:**08/30/1999** | |
| Sentence Time: Yrs: **00**  Mos: **06**  Days: **29**  Confinement : **NC** | |

**Related Person Information**

Name:**SCOTT, KEVIN LEE**
Connection:**CODEFENDANT**
Address:█████████████████████
City: █████████   State: ███   Zip Code: ███████

Name:**VOLATILE, GERARD**
Connection:**ASST STATES ATTORNEY**

| Address: | | | |
|----------|--|--|--|
| City: | State: | Zip Code: | |

**Name:BARRICK, JOHN DET SGT**
Connection:**POLICE OFFICER**
Address:**CID**

**Name:GORDON, DONALD DET**
Connection:**POLICE OFFICER**
Address:**CID**

**Name:HASTINGS, KIRK DET**
Connection:**POLICE OFFICER**
Address:**CID**

**Name:KLEINOTA, JOSEPH DET**
Connection:**POLICE OFFICER**
Address:**CID**

**Name:RIVERA, LISSETTA TECH**
Connection:**POLICE OFFICER**
Address:**LD**

**Name:SERIO, SCOTT DET**
Connection:**POLICE OFFICER**
Address:**CID**

**Name:PATTON, ROBERT DET**
Connection:**PRIMARY POLICE OFFICER**
Address:**CID**

**Event History Information**

| Event | Date | Comment |
|-------|------|---------|
| CONV | 01/01/1900 | CASE HAS BEEN CONVERTED FOR DCM UPGRADE ON 20010330 |
| CONV | 01/01/1900 | CASE HAS BEEN CONVERTED FOR W/Y2K UPGRADE ON 19990423 |
| CASI | 03/03/1999 | CASE ADDED THROUGH ON-LINE ON THIS DATE 990311 |
| HCAL | 04/22/1999 | P14;0930;330B;JT ; ;TSET; ;BROWN, R.W. ;849 |
| HCAL | 08/30/1999 | P03;0900;528 ;JT ;GP;JUDG; ;MITCHELL, D.B. ;842 |
| CCAS | 08/30/1999 | CASE CLOSED - ALL COUNTS DISPOSED Q226 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*