Circuit Court of Maryland
Go Back

**Case Information**

Court System: **Circuit Court for Baltimore City – Criminal System**
Case Number: **199062009**  Case Status: **CLOSED**
Status Date:  **08/30/1999**
Tracking Number: **981002174773**  Complaint No: **1G13258**
District Case No:  **1B00323919**
Filing Date: **03/03/1999**

**Defendant Information**

Defendant Name: **SCOTT, KEVIN LEE**
Race:**BLACK**       Sex: **MALE**
DOB: ▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮
City: ▮▮▮▮   State: ▮▮  Zip Code: ▮▮▮

ALIAS:
Address: ▮▮▮▮▮
City: ▮▮▮   State: ▮▮  Zip Code: ▮▮▮

**Charge and Disposition Information**

*(Each Charge is listed separately. The disposition is listed below the Charge)*

| | |
|---|---|
| Charge No: | **1** |
| CJIS/Traffic Code: **2 0900** | Arrest/Citation No: **0000000** |
| Description: | **MURDER-FIRST DEGREE** |
| Disposition: | **LESSER INCLUDED OFFENSES** |
| Disposition Date: **08/30/1999** | |

| | |
|---|---|
| Charge No: | **2** |
| CJIS/Traffic Code: **1 5202** | Arrest/Citation No: **0000000** |
| Description: | **DEADLY WEAPON-CONCEAL** |
| Disposition: | **CLOSED - JEOPARDY OR OTHER CONVICTION** |
| Disposition Date: **08/30/1999** | |

| | |
|---|---|
| Charge No: | **3** |
| CJIS/Traffic Code: **1 5200** | Arrest/Citation No: **0000000** |
| Description: | **DEADLY WEAPON-INT INJURE** |
| Disposition: | **CLOSED - JEOPARDY OR OTHER CONVICTION** |
| Disposition Date: **08/30/1999** | |

| | |
|---|---|
| Charge No: | **4** |
| CJIS/Traffic Code: **1 1415** | Arrest/Citation No: **0000000** |
| Description: | **ASSAULT-SEC DEGREE** |
| Plea: | **GUILTY**  Plea Date: **08/30/1999** |
| Disposition: | **SENTENCED** |
| Disposition Date: **08/30/1999** | |
| Verdict: | **GUILTY**  Verdict Date: **08/30/1999** |
| Sentence Starts: **02/02/1999**  Sentence Date:**08/30/1999** | |
| Sentence Time: Yrs: **00**  Mos: **06**  Days: **29**  Confinement : **NC** | |

**Related Person Information**

Name:**SCOTT, KEITH MICHAEL**
Connection:**CODEFENDANT**
Address: ▮▮▮▮

Case 2:20-cv-00665-JPH-MG    Document 13-26    Filed 12/23/20    Page 2 of 2 PageID #: 204

City: ████   State: ██   Zip Code: ████

Name: **VOLATILE, GERARD**
Connection: **ASST STATES ATTORNEY**
Address: ████████████████
City: ██████   State: ██   Zip Code: ████

Name: **BARRICK, JOHN DET SGT**
Connection: **POLICE OFFICER**
Address: **CID**

Name: **GORDON, DONALD DET**
Connection: **POLICE OFFICER**
Address: **CID**

Name: **HASTING, KIRK DET**
Connection: **POLICE OFFICER**
Address: **CID**

Name: **KLEINOTA, JOSEPH DET**
Connection: **POLICE OFFICER**
Address: **CID**

Name: **RIVERA, LISSETTE**
Connection: **POLICE OFFICER**
Address: **LD**

Name: **SERIO, SCOTT DET**
Connection: **POLICE OFFICER**
Address: **CID**

Name: **PATTON, ROBERT DET**
Connection: **PRIMARY POLICE OFFICER**
Address: **CID**

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| CONV | 01/01/1900 | CASE HAS BEEN CONVERTED FOR DCM UPGRADE ON 20010330 |
| CONV | 01/01/1900 | CASE HAS BEEN CONVERTED FOR W/Y2K UPGRADE ON 19990423 |
| CASI | 03/03/1999 | CASE ADDED THROUGH ON-LINE ON THIS DATE 990311 |
| HCAL | 04/22/1999 | P14;0930;330B;JT ; ;TSET; ;BROWN, R.W. ;849 |
| HCAL | 08/30/1999 | P03;0900;528 ;JT ;GP;JUDG; ;MITCHELL, D.B. ;842 |
| CCAS | 08/30/1999 | CASE CLOSED - ALL COUNTS DISPOSED Q226 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*