# MARYLAND SENTENCING GUIDELINES WORKSHEET

**OFFENDER NAME (Last.)** Miller **First.** Kevin **M(le)**

| Male | Female | Black | White | Hispanic | Other | BIRTHDATE | JURISDICTION |
|---|---|---|---|---|---|---|---|
| 1 X | 2 | X 1 | 2 | 3 | 4 | ▉▉▉ | 24 |

**PSI** 1 Yes 2 No X

**DATE OF OFFENSE** 0 7 1 8 9 1

**DATE OF SENTENCING** 1 2 1 0 9 9

**AT THIS SENTENCING NUMBER OF:** CONVICTED OFFENSES 0 1 | CRIMINAL EVENTS 0 1

**WORKSHEET #** 1 OF | **CRIMINAL EVENT #** 1

**DISPOSITION TYPE**
1. Plea agreement - state nature of
2 Plea, no agreement
3 Court trial
4 Jury trial X

**AOC USE ONLY. DO NOT WRITE IN SPACE BELOW**
INC, SUS, ACT, STA, CON, PRO, RAN, FI, REST, CS

## CONVICTED OFFENSE TITLE

| | OFFENSE TITLE | AOC CODE | MD. CODE, ART. & SECTION | STAT. MAX. | DOCKET NUMBER |
|---|---|---|---|---|---|
| 1st | MURDER-SECOND DEGREE | II | 27/411 | 30y | 199110054 |
| 2nd | | | | | |
| 3rd | | | | | |

## OFFENSE SCORE(S) (Offense Against a Person Only)

**A. Seriousness Category**
| 1st Off | 2nd Off | 3rd Off | | |
|---|---|---|---|---|
| 01 | 01 | 01 | = | V - VII |
| 03 | 03 | 03 | = | IV |
| 05 | 05 | 05 | = | III |
| 08 X | 08 | 08 | = | II |
| 10 | 10 | 10 | = | I |

**B. Victim Injury**
| 0 | 0 | 0 | = | No Injury |
| 1 | 1 | 1 | = | Injury, Non-Permanent |
| X2 | 2 | 2 | = | Permanent Injury or Death |

**C. Weapon Usage**
| 0 | 0 | 0 | = | No Weapon |
| 1 X | 1 | 1 | = | Weapon Other Than Firearm |
| 2 | 2 | 2 | = | Firearm or Explosive |

**D. Special Vulnerability of Victim**
| 0 X | 0 | 0 | = | No |
| | 1 | 1 | = | Yes |

**OFFENSE SCORE (S)** 1 1

### OFFENDER SCORE

**A. Relationship to CJS When Instant Count Occurred**
0 X = None or Pending Cases
1 = Court or Other Criminal Justice Supervision

**B. Juvenile Delinquency**
0 X = Not More Than One Finding of Delinquency or over age 25
1 = Two or More Findings, No or One Commitment
2 = Two or More Commitments

**C. Prior Adult Criminal Record**
0 = None   1 X = Minor
3 = Moderate   5 = Major

**D. Prior Adult Parole/Probation Violations**
0 X = No   1 = Yes

**OFFENDER SCORE** 0 1

### GUIDELINES RANGE

**1st Offense** 15y TO 25y
**2nd Offense** ___ TO ___
**3rd Offense** ___ TO ___

**OVERALL GUIDELINES RANGE** (For Multiple Counts Only) ___ TO ___

### ACTUAL SENTENCE
Imposed, suspended, time served, probation, fine, restitution and/or community service

**1st Convicted Offense** | Subsequent offender 1 Yes 2 No
20/5/3

**2nd Convicted Offense** | Subsequent offender 1 Yes 2 No

**3rd Convicted Offense** | Subsequent offender 1 Yes 2 No

## REASON IF ACTUAL SENTENCE DEPARTS FROM GUIDELINES RANGE

Muddled factual statement leaves few things clear: someone died and the Def was involved.

**SENTENCING JUDGE** WD Charles

## INSTITUTIONAL/PAROLE RECOMMENDATION/ADDITIONAL INFO.

**WORKSHEET COMPLETED BY** Stephen T. Shadder, Senior Agent **TITLE**