☐ **CIRCUIT COURT** ☐ **DISTRICT** **)URT OF MARYLAND FOR** _York City_

Located at | Court Address ▮▮▮▮▮ | Zip Code _21202_ | Telephone _333-3703_

State of Maryland

vs.

Defendant _Kevin Miller_ D.O.B. ▮▮▮▮

Case No(s). _199/16054_

Tracking No. _99/03/192865_

Date Sentence Imposed _6/10/99_

I.D. No. _929-100; SID# 00/693168_

## COMMITMENT RECORD

TO: ☒ Commissioner of Correction ☐ Warden/Sheriff of _____ Jail/Detention Center

YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed to your custody by JUDGE _William D. Quarles_ The Defendant has been found guilty as to:

Case/Count/Offense No. _199/16054 - Ct 1_ | Charge _2nd Murder_ | Art. _27_ | Sec. _411_

Sentence _30 yrs_ | Concurrent with Consecutive to Case/Count/Offense No. _____

☐ PAROLE ELIGIBILITY RESTRICTIONS Art. ____ Sec. ____ (PROVIDE DETAILS IN ADDITIONAL SENTENCING INFORMATION)

Case/Count/Offense No. _____ | Charge _____ | Art. ____ | Sec. ____

Sentence _____ | Concurrent with Consecutive to Case/Count/Offense No. _____

☐ PAROLE ELIGIBILITY RESTRICTIONS Art. ____ Sec. ____ (PROVIDE DETAILS IN ADDITIONAL SENTENCING INFORMATION)

**SPLIT SENTENCE**

All but _8 yrs_ / _2 yrs_ is/are suspended and the Defendant is placed on probation for a period of _____ commencing upon:

CHECK ONE:
1. ____✓____ Release of Defendant from physical incarceration.
2. _____ Release of Defendant from parole, or mandatory supervision pursuant to Art. 41, Sec 4-612.

The total time to be served is _8 yrs_ , to run:

**SELECT ONLY ONE**

A. ☒ concurrent with any other outstanding or unserved sentence and begin on _4-7-99_

B. ☐ consecutive to the last sentence to expire of all outstanding and unserved Maryland sentences.

C. ☐ consecutive to the sentence imposed in Case No. _____

The Defendant has been awarded _____ days credit for time served prior to and not including date of sentence (Art. 27, Sec. 638C).

**ADDITIONAL SENTENCING INFORMATION:** PROVIDE PAROLE ELIGIBILITY RESTRICTIONS OR PAROLE RECOMMENDATIONS, IF ANY:

_Recommending to the ..._

$ _____ court cost(s) have been waived due to indigency.

☐ Commitment is for execution of previously suspended sentence after Defendant was found in violation of probation.
☐ Sentencing modification. This Commitment supersedes commitment issued on: _____

ATTACHMENTS HERETO INCLUDE: ☐ Additional Sentence(s) ☒ Order For Probation ☐ Conditions of Parole
☐ Order For Reimbursement of Public Defender ☐ Other: _____
☐ Victim Notification Request

TRULY taken from the record of this Court.
WITNESS my Hand and the Seal of said Court this date:

☐ Appeal Bond set at $ _____

_____ | _____
| Clerk/Judge

CC-DC/CR 28 (Rev. 7/97)