

# Department of Public Safety and Correctional Services

**Data Management Unit**

6776 REISTERSTOWN ROAD • SUITE 314 • BALTIMORE, MARYLAND 21215-2342
(410) 585-3350 • FAX (410) 764-4220 • TOLL FREE (877) 379-8636 • V/TTY (800) 735-2258 •www.dpscs.maryland.gov

S STATE OF MARYLAND

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

GREGG L. HERSHBERGE
SECRETARY

PATRICIA DONOVAN
DEPUTY SECRETARY
ADMINISTRATION

CARROLL PARRISH
DEPUTY SECRETARY
OPERATIONS

RHEA L. HARRIS
ASSISTANT SECRETARY
CHIEF OF STAFF

DAVID N. BEZANSON
ASSISTANT SECRETARY
CAPITAL PROGRAMS

WAYNE WEBB
EXECUTIVE DIRECTOR
NORTH REGION

WENDELL M. FRANCE
EXECUTIVE DIRECTOR
CENTRAL REGION

PATRICIA A. VALE
EXECUTIVE DIRECTOR
SOUTH REGION

DR. SHARON BAUCOM
EXECUTIVE DIRECTOR
CLINICAL SERVICES

PATRICIA A. MOORE
DIRECTOR
ADMINISTRATIVE SERVICE

ERNEST ELEY, JR.
DIRECTOR
COMMUNITY SUPERVISIO
SUPPORT

RANDALL L. WATSON
DIRECTOR
PROGRAMS AND SERVICE

TINA M. STUMP
DIRECTOR
SECURITY OPERATIONS

STEPHEN M. SHILOH, CCI
CHIEF EXECUTIVE OFFICE
MARYLAND CORRECTION
ENTERPRISES

## MEMORANDUM

**TO:**     Whom it May Concern

**FROM:**   Lt. Necole Haggie, Administrator, Data Management Unit

**DATE:**   June 20, 2014

**RE:**     Inmate information

**REF:**    KEVIN ANTHONY MILLER
**DOC #:**  289908

Listed below is the requested information under the authority of the Annotated Code of Maryland, Family Law Article, Section 12-105 for the above named individual.

**Social Security No:** – ███████
**Date of Birth:** – ███████
**Admission Date:** – 12/17/1999
**Length of Sentence:** – 005y 0m 0d
**Sentence Start Date:** – 04/07/1999
**Release Date:** – 07/29/2002
**Institution Released from:** – JPRU

**Prepared By:** Sannan Andrews, Data Management Unit,
If additional information is needed, please contact (410) 585-3105.