**AFFIDAVIT/DECLARATION OF HARRY TRAINOR**
**PURSUANT TO 28 U.S.C. § 1746**

I, Harry Trainor, do hereby declare and verify as follows:

1.      My name is Harry Trainor. Timothy Sullivan and I represented Dustin Higgs at his federal capital trial.

2.      Victor Gloria was the government's most important witness at trial. He made numerous assertions at trial that were central to the government's theory of the case. Challenging his credibility and veracity were of paramount importance to our defense strategy.

3.      Prior to the trial, we received some information that Mr. Gloria may have been present at the scene of an unrelated homicide in Baltimore. It was our understanding that this homicide occurred after the homicides for which Mr. Higgs was on trial, but prior to trial itself. We had very little detail about the incident, and I do not recall receiving any information from the government about this issue.

4.      Recently, current counsel for Mr. Higgs have shared information with me that suggests that Mr. Gloria was not only present, but was in fact a suspect in the Baltimore homicide. The information recently shared with me further suggests that the federal authorities responsible for Mr. Higgs's capital prosecution intervened with Baltimore authorities in order to prevent Mr. Gloria from being charged with the murder.

5.      I consider receiving a free pass on a murder charge to be an extraordinary benefit for a witness. Had we been made aware of this benefit received by Mr. Gloria, we would have asked for all appropriate discovery relevant to the benefit, we would have fully investigated the issue, and we

certainly would have made significant use of the benefit to challenge Mr. Gloria's credibility during Mr. Higgs's trial.

6.      I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to 28 U.S.C. §1746.


Harry Trainor

Dated: Dec, 3, 2014

2