DECLARATION OF _Willis Mark Haynes_
PURSUANT TO 28 U.S.C. § 1746

I, _Willis Haynes_ do hereby declare and verify as follows:

My name is Willis Haynes. I was sentenced to life in prison without the possibility of parole for the murders of the three women in the Patuxent Wildlife Refuge in Maryland. Dustin Higgs and Victor Gloria were my codefendants in that case.

The prosecution's theory of our case was bullshit. Dustin didn't threaten me. I was not scared of him. Dustin didn't make me do anything that night or ever.

The night I shot the women I wasn't thinking. I came out of the bedroom in Dustin's apartment and saw the girl that Dustin knew holding a knife towards him. She was yelling and threatening him. She said she was going to send someone to take care of Dustin. The

Women left the apartment and Dustin said she did know a lot of dudes.

We saw her writting down Dustin's license plate number and I thought she was going to send someone to kill Dustin.

It's crazy how life can happen so quick. So many times since that night I've wished that I hadn't got out of that MPV. The girls got out and I went after them. I wasn't thinking at all that night. We had been drinking and smoking weed for hours. I was completely messed up.

I shot the girls because I thought they were a serious threat to Dustin's life. I was caught up in the game. Maybe I was taking out all the abuse and problems I had been through in my life. I was angry from what I had been through. But that's no excuse.

After Dustin and I dropped

Vic off, we got into an argument. He was upset that I shot the women. Dustin screamed at me about it. He said I had put him in a messed up situation. He had planned to leave the women there - alive - at the side of the road. I regret that we hadn't.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/10-12

Signature: William M. Haynes