# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America | * | |
| v. | * | **CRIMINAL NO. GLR-13-0374** |
| Reddy Vijay Annappareddy | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On September 1, 2016, for reasons stated in open Court:

Motion to Dismiss the Second Superseding Indictment with Prejudice, Disqualify the Prosecution Team, and/or Compel Discovery and Hold an Evidentiary Hearing (paper #430) by Reddy Vijay Annappareddy –"**GRANTED**", for reasons stated in open Court.

IT IS SO ORDERED this _____ day of _____, 2016.

_____
*GEORGE LEVI RUSSELL, III*
*UNITED STATES DISTRICT JUDGE*