AUG-31-2000  11:43        US ATTNY /GREENBELT                    P.02/16

DAJ/SW USAO#1996R00274

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL NO. PJM-98-0520** |
| | : | |
| WILLIS MARK HAYNES | : | (Murder, 18 U.S.C. § 1111; Kidnapping, |
| and | : | 18 U.S.C. § 1201(a)(2); Use of a Handgun |
| DUSTIN JOHN HIGGS, | : | During Crime of Violence, 18 U.S.C. |
| Defendants | : | § 924(c); Aiding and Abetting, |
| | : | 18 U.S.C. § 2) |

...oOo...

### SECOND SUPERSEDING INDICTMENT

The Grand Jury for the District of Maryland charges.

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

### and

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Tamika Black, by shooting her with a firearm, willfully, deliberately, maliciously, and with premeditation.

18 U.S.C. § 1111
18 U.S.C. § 7
18 U.S.C. § 2

DEC 2 0 ''''

AUG-31-2000  11:44          US ATTNY /GREENBELT                                    P.03/16

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

**and**

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Tamika Black, by shooting her with a firearm, in the perpetration of, and attempted perpetration of a felony, to wit, kidnapping.

18 U.S.C. § 1111
18 U.S.C. § 7
18 U.S.C. § 2

2

AUG-31-2000  11:44        US ATTNY /GREENBELT                                    P.04/16

## ALTERNATIVE COUNT THREE

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

### and

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Tamika Black, by shooting her with a firearm, willfully, deliberately, maliciously, and with premeditation, and did commit said unlawful and malicious killing in the perpetration of, and attempted perpetration of a felony, to wit, kidnapping

18 U S C. § 1111
18 U.S.C. § 7
18 U.S.C. § 2

3

AUG-31-2000  11:44          US ATTNY /GREENBELT                                    P.05/16

## COUNT FOUR

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States, and elsewhere,

### WILLIS MARK HAYNES

**and**

### DUSTIN JOHN HIGGS

the defendants herein, did knowingly, willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold Tamika Black, an adult woman, for a reason which was of benefit to the defendants, and which conduct resulted in the death of Tamika Black.


18 U.S.C § 1201(a)(2)
18 U.S.C. § 7
18 U.S.C. § 2

## COUNT FIVE

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, in the State and District of Maryland,

### WILLIS MARK HAYNES

#### and

### DUSTIN JOHN HIGGS

the defendants herein, did knowingly use and carry a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder and kidnapping, in violation of Title 18, United States Code, Sections 1111 and 1201, respectively, as charged in Counts One, Two, Alternative Count Three and Count Four of this Second Superseding Indictment, which are incorporated by reference herein.

18 U.S.C. § 924(c)
18 U.S.C § 2

5

## COUNT SIX

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

### and

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Mishann Chinn, by shooting her with a firearm, willfully, deliberately, maliciously, and with premeditation.

18 U.S.C. § 1111
18 U.S.C. § 7
18 U.S.C. § 2

6

## COUNT SEVEN

The Grand Jury for the District of Maryland further charges

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

**and**

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Mishann Chinn, by shooting her with a firearm, in the perpetration of, and attempted perpetration of a felony, to wit, kidnapping.

18 U.S.C. § 1111
18 U.S.C § 7
18 U S.C. § 2

7

## ALTERNATIVE COUNT EIGHT

The Grand Jury for the District of Maryland charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

### and

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Mishann Chinn, by shooting her with a firearm, willfully, deliberately, maliciously, and with premeditation, and did commit said unlawful and malicious killing in the perpetration of, and attempted perpetration of a felony, to wit, kidnapping

18 U.S.C. § 1111
18 U.S.C. § 7
18 U.S.C § 2

8

AUG-31-2000  11:45        US ATTNY /GREENBELT                                    P.10/16

## COUNT NINE

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the

State and District of Maryland, an area within the special maritime and territorial jurisdiction of the

United States, and elsewhere,

### WILLIS MARK HAYNES

**and**

### DUSTIN JOHN HIGGS

the defendants herein, did knowingly, willfully and unlawfully seize, confine, inveigle, decoy,

kidnap, abduct, carry away and hold Mishann Chinn, an adult woman, for a reason which was of

benefit to the defendants, and which conduct resulted in the death of Mishann Chinn

18 U.S.C. § 1201(a)(2)
18 U.S.C § 7
18 U.S.C. § 2

## COUNT TEN

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, in the State and District of Maryland,

### WILLIS MARK HAYNES

#### and

### DUSTIN JOHN HIGGS

the defendants herein, did knowingly use and carry a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder and kidnapping, in violation of Title 18, United States Code, Sections 1111 and 1201, respectively, as charged in Counts Six, Seven, Alternative Count Eight and Nine of this Second Superseding Indictment, which are incorporated by reference herein

18 U.S.C. § 924(c)
18 U.S.C. § 2

10

## COUNT ELEVEN

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

### and

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Tanji Jackson, by shooting her with a firearm, willfully, deliberately, maliciously, and with premeditation.

18 U.S.C. § 1111
18 U.S.C. § 7
18 U.S.C. § 2

11

AUG-31-2000  11:46        US ATTNY /GREENBELT                                    P.13/16

## COUNT TWELVE

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

and

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Tanji Jackson, by shooting her with a firearm. in the perpetration of, and attempted perpetration of a felony, to wit, kidnapping

18 U.S.C. § 1111
18 U.S.C § 7
18 U.S.C § 2

12

## ALTERNATIVE COUNT THIRTEEN

The Grand Jury for the District of Maryland charges:

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States,

### WILLIS MARK HAYNES

**and**

### DUSTIN JOHN HIGGS

the defendants herein, with malice aforethought, did unlawfully kill Tanji Jackson, by shooting her with a firearm, willfully, deliberately, maliciously, and with premeditation, and did commit said unlawful and malicious killing in the perpetration of, and attempted perpetration of a felony, to wit, kidnapping.

18 U.S.C. § 1111
18 U.S.C. § 7
18 U.S.C. § 2

13

## COUNT FOURTEEN

The Grand Jury for the District of Maryland further charges

On or about January 27, 1996, on the grounds of Patuxent National Wildlife Refuge in the State and District of Maryland, an area within the special maritime and territorial jurisdiction of the United States, and elsewhere,

### WILLIS MARK HAYNES

### and

### DUSTIN JOHN HIGGS

the defendants herein, did knowingly, willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold Tanji Jackson, an adult woman, for a reason which was of benefit to the defendants, and which conduct resulted in the death of Tanji Jackson.


18 U.S.C. § 1201(a)(2)
18 U.S.C. § 7
18 U.S.C. § 2

14

## COUNT FIFTEEN

The Grand Jury for the District of Maryland further charges:

On or about January 27, 1996, in the State and District of Maryland,

### WILLIS MARK HAYNES

**and**

### DUSTIN JOHN HIGGS

the defendants herein, did knowingly use and carry a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder and kidnapping, in violation of Title 18, United States Code, Sections 1111 and 1201, respectively, as charged in Counts Eleven, Twelve, Alternative Count Thirteen and Count Fourteen of this Second Superseding Indictment, which are incorporated by reference herein.

18 U.S.C. § 924(c)
18 U.S.C. § 2

 

 

 

_____
Lynne A. Battaglia
United States Attorney

A TRUE BILL:

_____
FOREPERSON

_____
Date

15