**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| DUSTIN HIGGS, | ) | No. 2:20-cv-00665-JPH-DLP |
| | ) | |
| Petitioner, | ) | |
| | ) | **DEATH PENALTY CASE** |
| v. | ) | |
| | ) | *EXECUTION SCHEDULED |
| T.J. WATSON, Warden, | ) | FOR JANUARY 15, 2021* |
| Federal Correctional Complex, Terre Haute, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

_____

**MOTION FOR LEAVE TO AMEND PETITION**
**FOR WRIT OF HABEAS CORPUS**
_____

Petitioner, Dustin Higgs, through counsel, hereby moves this Court for leave to

supplement his amended petition for habeas corpus under 28 U.S.C. § 2241 ("Petition") and

avers as follows:

1.      This is a capital habeas corpus proceeding.  Mr. Higgs was convicted of first-

degree murder and other charges, and sentenced to death in the United States District Court for

the District of Maryland.

2.      On December 14, 2020, Mr. Higgs filed a pro se petition for habeas corpus in this

Court. ECF No. 1. Mr. Higgs filed an amended petition on December 17. ECF No. 8.

3.      After undersigned counsel consulted with Mr. Higgs, Mr. Higgs authorized

counsel to represent him, and counsel entered his appearance. ECF No. 12.

4.      Counsel wishes to file an amended petition on behalf of Mr. Higgs. Under Fed. R. Civ. P. 15(a)(1), subject to time limits, a party may amend its pleading once as a matter of course. Under Fed. R. Civ. P. 15(a)(2), any additional amendments require leave of court. Courts "should use their discretion under Rule 15(a) to liberally grant permission to amend pleadings so long as there is not undue prejudice to the opposing party or undue delay, bad faith or dilatory motive on the part of the movant." *Sides v. City of Champaign*, 496 F.3d 820, 825 (7th Cir. 2007) (citations omitted).

5.      Although it is not entirely clear whether Rule 15(a)(2) applies here to what is the first counseled amendment to the Petition, assuming that the rule does apply, leave to amend should be granted. Petitioner requests leave to file this counseled amendment little over a week after Mr. Higgs's initial pro se pleading was filed. Given the short amount of time involved, none of the factors discussed in *Sides* are a basis to deny leave to amend. Moreover, it will be in the interest of justice for this Court to have a counseled pleading to review.

6.      The proposed Amended Petition is attached hereto.

WHEREFORE, Mr. Higgs respectfully requests that the Court grant him leave to file the attached Amended Petition.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry, Pa. Bar No. 87221
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Dated: December 23, 2020

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 23d day of December, 2020, the foregoing was filed electronically through ECF/CM.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Ellen Nazmy
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201


/s/ Matthew C. Lawry
Matthew C. Lawry