UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN J. HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00665-JPH-DLP |
| | ) | |
| T. J. WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Dustin J. Higgs is a federal inmate at the United States Penitentiary in Terre Haute, Indiana, scheduled to be executed on January 15, 2021. Before the Court are two motions recently filed by Mr. Higgs: (1) a motion for leave to file a second amended petition for writ of habeas corpus, dkt. 14; and (2) a motion to stay execution, dkt. 15.

On December 23, Mr. Higgs, through counsel, filed a motion for leave to file a second amended petition for writ of habeas corpus challenging his sentence, dkt. 14. For the reasons set forth therein, that motion, dkt. [14], is **GRANTED**. The **clerk is directed** to docket the proposed second amended petition as the Second Amended Petition, which is now the operative petition in this case.[1] The Court **VACATES** the briefing schedule on Mr. Higgs' petition that was entered on December 18, 2020, dkt. 11.

---

[1] Mr. Higgs previously filed a *pro se* petition for writ of habeas corpus challenging his sentence and shortly thereafter filed a nearly identical amended *pro se* petition.

On December 24, 2020, Mr. Higgs, now represented by counsel, filed a Motion to Stay Execution, dkt. 15. The respondent shall have **through January 4, 2021**, to file a response to that motion, and Mr. Higgs shall have **through January 7, 2021**, to file any reply.

**SO ORDERED.**

Date: 12/24/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
matthew_lawry@fd.org

Ellen Nazmy
UNITED STATES ATTORNEY'S OFFICE
ellen.nazmy@usdoj.gov

Sandra Wilkinson
UNITED STATES ATTORNEY'S OFFICE
sandra.wilkinson@usdoj.gov