**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| DUSTIN HIGGS, | ) | No. 2:20-cv-00665-JPH-DLP |
| | ) | |
| Petitioner, | ) | |
| | ) | **DEATH PENALTY CASE** |
| v. | ) | |
| | ) | *****EXECUTION SCHEDULED** |
| T.J. WATSON, Warden, | ) | **FOR JANUARY 15, 2021*** |
| Federal Correctional Complex, Terre Haute, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**NOTICE OF FILING**

Petitioner Dustin Higgs, through counsel, hereby gives notice of filing the attached

Orders issued yesterday and the day before by the United States Court of Appeals for the Fourth

Circuit.

As the Court is aware, the Government moved to amend the trial court's sentencing

judgment and order to authorize execution of Mr. Higgs in Indiana and pursuant to Indiana law.

The United States District Court for the District of Maryland denied that motion. *United States v.*

*Higgs*, Criminal No. PJM 98-520, 2020 WL 7707165 (D. Md. Dec. 29, 2020). The Government

has appealed that decision.

On January 7, 2021, the Fourth Circuit issued the attached order, setting oral argument on

the appeal for January 27, 2021. Order, *United States v. Higgs*, No. 20-18 (4th Cir. Jan. 7, 2021).

The Government then moved for expedited argument and for a decision by January 12, 2021.

Yesterday, the Fourth Circuit issued the second attached order, denying the Government's

motion and leaving in place the oral argument scheduled for January 27. Order, *United States v. Higgs*, No. 20-18 (4th Cir. Jan. 8, 2021).

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: January 9, 2021

2

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 9th day of January 2021, I filed the

foregoing notice using the Court's CM/ECF program, with electronic service provided to the

following individual:

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Brian.Reitz@usdoj.gov

/s/ Matthew C. Lawry
Matthew C. Lawry