**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

DUSTIN J. HIGGS,                          )
                                          )
                    Petitioner,           )
                                          )
          v.                              )          No. 2:20-cv-00665-DPH-DLP
                                          )
T.J. WATSON,                    ,         )
                                          )
                    Respondent.           )

**NOTICE OF APPEAL**

Notice is hereby given that Dustin J. Higgs, Plaintiff in the above named

case, hereby appeals to the United States Court of Appeals for the Seventh Circuit

from an Order denying his Motion for Stay of Execution, Document 21.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: January 13, 2020

# CERTIFICATE OF SERVICE

I, Matthew Lawry, hereby certify that on this 13th day of January 2020, I

filed the foregoing notice using the Court's CM/ECF program, with electronic

service provided to the following individual:

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Brian.Reitz@usdoj.gov


/s/ Matthew C. Lawry
Matthew C. Lawry