UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DUSTIN J. HIGGS,                           )
                                           )
                    Petitioner,            )
                                           )
             v.                            )        No. 2:20-cv-00665-JPH-MG
                                           )
T. J. WATSON,                              )
                                           )
                    Respondent.            )

## ORDER DISMISSING ACTION AS MOOT

Dustin J. Higgs filed this habeas corpus petition challenging his federal conviction and death sentence. This Court denied Mr. Higgs's motion to stay execution, and the Seventh Circuit affirmed. The government then executed Mr. Higgs on January 16, 2021. There now is no relief available, so this action is moot. *See McClendon v. Trigg*, 79 F.3d 557, 559 (7th Cir. 1996) (habeas petition becomes moot with petitioner's death). The action is therefore **DISMISSED**. Final judgment shall enter.

**SO ORDERED.**

Date: 5/27/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

2

Distribution:

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
matthew_lawry@fd.org

Ellen Nazmy
UNITED STATES ATTORNEY'S OFFICE
ellen.nazmy@usdoj.gov

Sandra Wilkinson
UNITED STATES ATTORNEY'S OFFICE
sandra.wilkinson@usdoj.gov