UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DUSTIN J. HIGGS,                    )
                                   )
              Petitioner,          )
                                   )
       v.                          )        No. 2:20-cv-00665-JPH-MG
                                   )
T. J. WATSON,                      )
                                   )
              Respondent.          )

**FINAL JUDGMENT**

Having this day directed the entry of final judgment, the Court now

enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff.  This

action is dismissed.

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Date:  5/27/2021

Roger A.G. Sharpe, Clerk of Court

By: _Pam Pope_
       Deputy Clerk

Distribution:

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
matthew_lawry@fd.org

Ellen Nazmy
UNITED STATES ATTORNEY'S OFFICE
ellen.nazmy@usdoj.gov

Sandra Wilkinson
UNITED STATES ATTORNEY'S OFFICE
sandra.wilkinson@usdoj.gov